

# Exhibit 2



US00D811944S

(12) **United States Design Patent**   (10) Patent No.:     **US D811,944 S**
Milton et al.                           (45) Date of Patent: ** **Mar. 6, 2018**

(54) **FUSELAGE**

(71) Applicant: **Bluegentech LLC**, Salt Lake City, UT (US)

(72) Inventors: **Trevor R. Milton**, Salt Lake City, UT (US); **Steve Jennes**, Fullerton, CA (US)

(73) Assignee: **Nikola Corporation**, Salt Lake City, UT (US)

(**) Term:     **15 Years**

(21) Appl. No.: **29/550,177**

(22) Filed:    **Dec. 30, 2015**

(51) **LOC (11) Cl.** ............................................... **12-08**
(52) **U.S. Cl.**
     USPC ............................................ **D12/99**; D12/96
(58) **Field of Classification Search**
     USPC ........ D12/93, 96, 99, 94, 190, 192, 196, 83,
                 D12/181, 163, 164, 169, 167, 171, 216,
                 D12/86, 90, 91, 92; 180/89.13; 296/22,
                 296/24.3, 24.36
     CPC ........ B62D 24/00; B62D 24/02; B62D 25/02;
                 B62D 25/18; B62D 25/08; B62D 35/00;
                 B60J 5/04; B60R 19/02; B60R 19/04;
                 B60P 1/00; B60P 3/00
     See application file for complete search history.

(56)              **References Cited**

                U.S. PATENT DOCUMENTS

D339,314  S  *  9/1993   Moar .............................. D12/96
D357,436  S  *  4/1995   Moar .............................. D12/96
D399,792  S  *  10/1998  Hellhake ......................... D12/96
D423,990  S  *  5/2000   Meryman ........................ D12/96
D465,749  S  *  11/2002  Beigel ............................. D12/96
7,232,179 B1 *  6/2007   Racz ................... B62D 33/0612
                                                        296/190.02
D626,890  S  *  11/2010  Cantemir ......................... D12/12
D719,879  S  *  12/2014  Ito .................................. D12/96

* cited by examiner

Primary Examiner — Daniel D Bui
Assistant Examiner — Andrew Kerr
(74) Attorney, Agent, or Firm — Terrence J. Edwards; TechLaw Ventures, PLLC

(57)                **CLAIM**

We claim the ornamental design for a fuselage, as shown and described.

**DESCRIPTION**

FIG. 1 is a front and right perspective view for a fuselage showing our new design;
FIG. 2 is a top view thereof;
FIG. 3 is a left side view thereof;
FIG. 4 is a right side view thereof;
FIG. 5 is a front view thereof; and,
FIG. 6 is a rear view thereof.
The broken lines in the drawing views represent unclaimed portions of a fuselage, which are included for the purpose of illustrating unclaimed environment only, and forms no part of the claimed design.

**1 Claim, 5 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6