
# Exhibit 3


US00D811968S

(12) **United States Design Patent** (10) Patent No.: **US D811,968 S**
Milton et al. (45) Date of Patent: ** **Mar. 6, 2018**

(54) **WRAP WINDSHIELD**

(71) Applicant: **Bluegentech LLC**, Salt Lake City, UT (US)

(72) Inventors: **Trevor R. Milton**, Salt Lake City, UT (US); **Steve Jennes**, Fullerton, CA (US)

(73) Assignee: **Nikola Corporation**, Salt Lake City, UT (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/550,181**

(22) Filed: **Dec. 30, 2015**

(51) **LOC (11) Cl.** ............................................. 12-16
(52) **U.S. Cl.**
 USPC ...................................................... **D12/182**
(58) **Field of Classification Search**
 USPC ........ D12/190, 192, 196, 83, 181, 163, 164,
  D12/169, 167, 171, 216, 86, 90, 91, 92;
  D29/110; 2/12, 15, 427–454;
  160/370.21; 296/84.1, 77.1, 146.15
 CPC ........ B62D 24/00; B62D 24/02; B62D 25/02;
  B62D 25/18; B62D 25/08; B62D 35/00;
  B60J 1/02; B60J 5/04; B60R 19/02;
  B60R 19/04; A42B 3/00; A42B 3/04;
  A42B 3/22; A42B 3/221; A42B 3/26
 See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D339,314 S | * | 9/1993 | Moar | ............................. | D12/96 |
| D357,436 S | * | 4/1995 | Moar | ............................. | D12/96 |
| D399,792 S | * | 10/1998 | Hellhake | ....................... | D12/96 |
| D423,990 S | * | 5/2000 | Meryman | ....................... | D12/96 |
| D453,130 S | * | 1/2002 | Armstrong | .................... | D12/182 |
| D465,749 S | * | 11/2002 | Beigel | ............................ | D12/96 |
| D524,992 S | * | 7/2006 | Belin | ............................. | D29/122 |
| D532,560 S | * | 11/2006 | Fredriksson | ................. | D29/122 |
| 7,232,179 B1 | * | 6/2007 | Racz | ................... | B62D 33/0612 |
| | | | | | 296/190.02 |
| D571,838 S | * | 6/2008 | Yee | ............................... | D16/101 |
| D626,890 S | * | 11/2010 | Cantemir | ....................... | D12/12 |
| 7,931,325 B2 | * | 4/2011 | Robbins | ................... | B60J 11/08 |
| | | | | | 296/136.13 |
| D719,879 S | * | 12/2014 | Ito | .................................. | D12/96 |
| D726,378 S | * | 4/2015 | Wako | ........................... | D29/110 |
| D730,584 S | * | 5/2015 | Paulson | ....................... | D29/110 |
| D756,867 S | * | 5/2016 | Wolff | ............................ | D12/182 |
| D763,750 S | * | 8/2016 | Wheel | ........................... | D12/181 |
| D775,029 S | * | 12/2016 | Frykholm | ..................... | D12/182 |
| D775,030 S | * | 12/2016 | Frykholm | ..................... | D12/182 |
| 2015/0272260 A1 | * | 10/2015 | Ryan | ..................... | A42B 3/226 |
| | | | | | 349/14 |

* cited by examiner

*Primary Examiner* — Daniel D Bui
*Assistant Examiner* — Andrew Kerr
(74) *Attorney, Agent, or Firm* — Terrence J. Edwards; TechLaw Ventures, PLLC

(57) **CLAIM**

We claim the ornamental design for a wrap windshield, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of a wrap windshield showing our new design;
FIG. **2** is a top view thereof;
FIG. **3** is a side view thereof;
FIG. **4** is a side view of the other side thereof; and,
FIG. **5** is a front view thereof.
The broken lines in the drawing views represent unclaimed portions of the wrap windshield, which are included for the purpose of illustrating unclaimed environment only, and forms no part of the claimed design.

**1 Claim, 5 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5