


US00D816004S

(12) **United States Design Patent** (10) Patent No.: **US D816,004 S**
Milton et al. (45) Date of Patent: ** Apr. 24, 2018

(54) **SIDE DOOR**

(71) Applicant: **Bluegentech LLC**, Salt Lake City, UT (US)

(72) Inventors: **Trevor R. Milton**, Salt Lake City, UT (US); **Steve Jennes**, Fullerton, CA (US)

(73) Assignee: **Nikola Corporation**, Salt Lake City, UT (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/550,180**

(22) Filed: **Dec. 30, 2015**

(51) LOC (11) Cl. .............................................. **12-16**
(52) U.S. Cl.
    USPC ....................................................... **D12/196**
(58) **Field of Classification Search**
    USPC .... D12/190, 192, 196, 83, 90–92, 163, 164,
              D12/167, 169, 171, 181, 216
    CPC ........ B62D 24/00; B62D 24/02; B62D 25/02;
              B62D 25/18; B62D 25/08; B62D 35/00;
              B60J 5/04; B60R 19/02; B60R 19/04
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

D315,329 S  *  3/1991  Tisten ........................... D12/196
D410,415 S  *  6/1999  Schroeder ...................... D12/99
D443,574 S  *  6/2001  Lian ............................. D12/196
D498,193 S  * 11/2004  Metros .......................... D12/196
D682,172 S  *  5/2013  Peltola ......................... D12/196
D702,170 S  *  4/2014  Ito ............................... D12/196
D765,013 S  *  8/2016  Hindelang ..................... D12/401

* cited by examiner

*Primary Examiner* — Daniel D Bui
*Assistant Examiner* — Andrew Kerr
(74) *Attorney, Agent, or Firm* — Terrence J. Edwards; TechLaw Ventures, PLLC

(57) **CLAIM**

We claim the ornamental design for a side door, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a side door, showing our new design;
FIG. 2 is a top view thereof;
FIG. 3 is a side view thereof;
FIG. 4 is another side view thereof; and,
FIG. 5 is a front view thereof.
The broken lines in the drawing views represent unclaimed portions of a side door, which are included for the purpose of illustrating unclaimed environment only, and forms no part of the claimed design.

**1 Claim, 5 Drawing Sheets**





*FIG. 1*



*FIG. 2*



FIG. 3



FIG. 4



FIG. 5