1

2

**BEUS GILBERT PLLC**

ATTORNEYS AT LAW
701 NORTH 44TH STREET

3

PHOENIX, ARIZONA  85008-6504
TELEPHONE (480) 429-3000

4

5

Leo R. Beus (002687)
K. Reed Willis (028060)

6

lbeus@beusgilbert.com
rwillis@beusgilbert.com

7

8

*Attorneys for Plaintiff Nikola Corporation*

9

10

# UNITED STATES DISTRICT COURT

11

## FOR THE DISTRICT OF ARIZONA

12

13

Nikola Corporation, a Delaware
corporation,

Case No.:  2:18-cv-01344-GMS

14

15

Plaintiff,

**NIKOLA'S NOTICE OF FILING OF
FIRST AMENDED COMPLAINT
WITH TESLA'S CONSENT**

16

vs.

17

Tesla, Inc., a Delaware corporation,

HON. JUDGE G. MURRAY SNOW

18

Defendant.

19

20

Pursuant to LRCiv. 15.1(B), Plaintiff Nikola Corporation hereby gives notice that it

21

22

has filed its First Amended Complaint ("FAC") with Defendant Tesla, Inc.'s consent under

23

Federal Rule of Civil Procedure 15(a)(2). [Doc. 21] On June 20, 2018, Nikola filed an

24

amended complaint [Doc. 18] and the required notice [Doc. 19]. In order to avoid any

25

26

confusion over the propriety of the amended complaint, the parties have agreed that: (1)

27

Nikola will re-file its amended complaint; and (2) Tesla stipulates to the filing of the

28

amended complaint. By re-filing the amended complaint, Nikola and Tesla further agree that

BGD-#226319-v1-Notice

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Tesla's response will be due on July 9, 2018 pursuant to Federal Rule of Civil procedure 15(a)(3). Attached as Exhibit A is a copy of the FAC that indicates in what respect it differs from the original pleading [Doc. 1], which it amends, by striking through any text that is deleted and underlining the text to that was added. The remaining exhibits attached to this notice are copies of the exhibits to the FAC.  Exhibits 1-4 are identical to Exhibits 1-4 of the original Counterclaim.

DATED this 25th day of June 2018

**BEUS GILBERT PLLC**

By  */s/ K. Reed Willis*
    Leo R. Beus
    K. Reed Willis
    701 North 44th Street
    Phoenix, AZ  85008-6504

    Attorneys for Plaintiff Nikola Corp.

**OSBORN MALEDON, P.A.**

By  */s/ Amit Makker*
    Eric M. Fraser
    Colin M. Proksel
    2929 N. Central Avenue, Suite 2100
    Phoenix, Arizona 85012-2793

BGD-#226319-v1-Notice

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LATHAM & WATKINS LLP
Perry J. Viscounty (*admitted pro hac vice*)
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925

Matthew J. Moore (*admitted pro hac vice*)
555 Eleventh Street, NW Suite 1000
Washington, DC 20004-1304

Clement J. Naples (*admitted pro hac vice*)
885 Third Avenue
New York, NY 10022-4834

Amit Makker (*admitted pro hac vice*)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538

Attorneys for Defendant Tesla, Inc.

BGD-#226319-v1-Notice

**CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Eric M. Fraser | efraser@omlaw.com
Colin Proksel | cproksel@omlaw.com
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, AZ  85012

Perry J. Vicounty | perry.viscounty@lw.com (admitted *pro hac vice*)
Lathem & Watkins LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA  82626-1925

Clement J. Naples | clement.naples@lw.com (*pro hac vice* pending)
Latham & Watkins LLP
855 Third Avenue
New York, NY  10022-4834

Matthew J. Moore | matthew.moore@lw.com (admitted *pro hac vice*)
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004-1304

Amit Makker | amit.makker@lw.com (admitted *pro hac vice*)
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-6538

Attorneys for Defendant

                                        */s/ Linda Reed*
                        _____

BGD-#226319-v1-Notice