Eric M. Fraser, No. 027241
Colin M. Proksel, No. 034133
OSBORN MALEDON, P.A.
2929 N. Central Avenue, Suite 2100
Phoenix, Arizona  85012-2793
(602) 640-9000
efraser@omlaw.com
cproksel@omlaw.com

Perry J. Viscounty, *admitted pro hac vice*
Amit Makker, *admitted pro hac vice*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
(415) 391-0600
perry.viscounty@lw.com
amit.makker@lw.com

Matthew J. Moore, *admitted pro hac vice*
LATHAM & WATKINS LLP
555 Eleventh Street, NW Suite 1000
Washington, DC 20004-1304
(202) 637-2200
matthew.moore@lw.com

Clement J. Naples, *admitted pro hac vice*
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4834
(212) 906-1200
clement.naples@lw.com

Attorneys for Defendant Tesla, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nikola Corporation, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Tesla, Inc., a Delaware corporation,<br><br>Defendant. | No. CV-18-01344-PHX- GMS<br><br>**DECLARATION OF JASON LUECHT IN SUPPORT OF TESLA, INC.'S MOTION TO DISMISS** |

I, Jason Luecht, state and declare as follows:

1.      I am an Staff Product Support Engineer in the group that is involved with the development and operation of the Tesla Semi.  I have been in this role for 2 years, and have been with Tesla, Inc. for 2 years.  I have personal knowledge of the facts stated herein and if called to testify I could and would competently testify thereto.

2.      Attached hereto as Exhibit A is a true and correct copy of twenty-eight photographs of one of Tesla, Inc.'s operational prototypes of the Tesla Semi, depicting various front, side, back, and top views of the Tesla Semi.

3.      The photographs in Exhibit A were taken on June 20, 2018 and July 9, 2018 at Tesla's facilities in Sunnyvale, California.


I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of July, 2018, in Sunnyvale, California.


Jason Luecht

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
SAN FRANCISCO

# EXHIBIT A























