

















21















27

# EXHIBIT INDEX TO DECLARATION OF JASON LUECHT

| Exhibit No. | Description |
|---|---|
| 1 | Twenty-eight photographs of one of Tesla, Inc.'s operational prototypes of the Tesla Semi, depicting various front, side, back, and top views of the Tesla Semi. |