Eric M. Fraser, No. 027241
Colin M. Proksel, No. 034133
OSBORN MALEDON, P.A.
2929 N. Central Avenue, Suite 2100
Phoenix, Arizona 85012-2793
(602) 640-9000
efraser@omlaw.com
cproksel@omlaw.com

Perry J. Viscounty, *admitted pro hac vice*
Amit Makker, *admitted pro hac vice*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
(415) 391-0600
perry.viscounty@lw.com
amit.makker@lw.com

Matthew J. Moore, *admitted pro hac vice*
LATHAM & WATKINS LLP
555 Eleventh Street, NW Suite 1000
Washington, DC 20004-1304
(202) 637-2200
matthew.moore@lw.com

Clement J. Naples, *admitted pro hac vice*
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4834
(212) 906-1200
clement.naples@lw.com

Attorneys for Defendant Tesla, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nikola Corporation, a Delaware corporation,<br><br>                              Plaintiff,<br><br>vs.<br><br>Tesla, Inc., a Delaware corporation,<br><br>                              Defendant. | No. CV-18-01344-PHX- GMS<br><br>**DECLARATION OF AMIT MAKKER IN SUPPORT OF TESLA, INC.'S MOTION TO DISMISS** |

1    I, Amit Makker, state and declare as follows:

2    1.    I am an attorney at the law firm of Latham & Watkins LLP, counsel for

3    Tesla, Inc. in the above-captioned matter.  I have personal knowledge of the facts stated

4    herein and if called to testify could and would competently testify thereto.

5    2.    Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent No.

6    D816,004, which was included as Exhibit 4 with the Amended Complaint in this action.

7    3.    Attached hereto as Exhibit 2 is a true and correct copy of U.S. Patent No.

8    D811,944, which was included as Exhibit 2 with the Amended Complaint in this action.

9    4.    Attached hereto as Exhibit 3 is a true and correct copy of U.S. Patent No.

10   D811,968, which was included as Exhibit 3 with the Amended Complaint in this action.

11   5.    Attached hereto as Exhibit 4 is a true and correct copy of U.S. Patent

12   Application Publication No. 2018/0001942A1.

13   6.    Attached as Exhibit 5 are additional side-by-side comparisons of the design

14   claimed in U.S. Patent No. D816,004 with the Tesla Semi, including images of the Tesla

15   Semi in the Amended Complaint.

16   7.    Attached as Exhibit 6 are additional side-by-side comparisons of the design

17   claimed in U.S. Patent No. D811,944 with the Tesla Semi, including images of the Tesla

18   Semi in the Amended Complaint.

19   8.    Attached as Exhibit 7 are additional side-by-side comparisons of the design

20   claimed in U.S. Patent No. D811,968 with the Tesla Semi, including images of the Tesla

21   Semi in the Amended Complaint.

22

23   I declare under penalty of perjury that the foregoing is true and correct.  Executed

24   this 9th day of July, 2018, in San Francisco, California.

25

26                    s/ Amit Makker

27                    Amit Makker

28

2

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

EXHIBIT 1

US00D816004S

(12) **United States Design Patent** 

Milton et al.

(10) Patent No.: **US D816,004 S**

(45) **Date of Patent:** ** **Apr. 24, 2018**

(54) **SIDE DOOR**

(71) Applicant: **Bluegentech LLC**, Salt Lake City, UT (US)

(72) Inventors: **Trevor R. Milton**, Salt Lake City, UT (US); **Steve Jennes**, Fullerton, CA (US)

(73) Assignee: **Nikola Corporation**, Salt Lake City, UT (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/550,180**

(22) Filed: **Dec. 30, 2015**

(51) LOC (11) Cl. ............................................. **12-16**

(52) **U.S. Cl.**
USPC .......................................... **D12/196**

(58) **Field of Classification Search**
USPC .... D12/190, 192, 196, 83, 90–92, 163, 164, D12/167, 169, 171, 181, 216
CPC ........ B62D 24/00; B62D 24/02; B62D 25/02; B62D 25/18; B62D 25/08; B62D 35/00; B60J 5/04; B60R 19/02; B60R 19/04
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

D315,329 S * 3/1991 Tisten ............................ D12/196
D410,415 S * 6/1999 Schroeder ...................... D12/99

| | | | | |
|---|---|---|---|---|
| D443,574 S | * | 6/2001 | Lian | D12/196 |
| D498,193 S | * | 11/2004 | Metros | D12/196 |
| D682,172 S | * | 5/2013 | Peltola | D12/196 |
| D702,170 S | * | 4/2014 | Ito | D12/196 |
| D765,013 S | * | 8/2016 | Hindelang | D12/401 |

* cited by examiner

*Primary Examiner* — Daniel D Bui
*Assistant Examiner* — Andrew Kerr
(74) *Attorney, Agent, or Firm* — Terrence J. Edwards; TechLaw Ventures, PLLC

(57) **CLAIM**

We claim the ornamental design for a side door, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a side door, showing our new design;
FIG. **2** is a top view thereof;
FIG. **3** is a side view thereof;
FIG. **4** is another side view thereof; and,
FIG. **5** is a front view thereof.
The broken lines in the drawing views represent unclaimed portions of a side door, which are included for the purpose of illustrating unclaimed environment only, and forms no part of the claimed design.

**1 Claim, 5 Drawing Sheets**





*FIG. 1*

Case 2:18-cv-01344-GMS   Document 26-3   Filed 07/09/18   Page 6 of 75



*FIG. 2*



*FIG. 3*



*FIG. 4*



*FIG. 5*

# EXHIBIT 2

US00D811944S

(12) **United States Design Patent** (10) Patent No.: **US D811,944 S**
Milton et al. (45) **Date of Patent:** \*\* **Mar. 6, 2018**

(54) **FUSELAGE**

(71) Applicant: **Bluegentech LLC**, Salt Lake City, UT (US)

(72) Inventors: **Trevor R. Milton**, Salt Lake City, UT (US); **Steve Jennes**, Fullerton, CA (US)

(73) Assignee: **Nikola Corporation**, Salt Lake City, UT (US)

(\*\*) Term: **15 Years**

(21) Appl. No.: **29/550,177**

(22) Filed: **Dec. 30, 2015**

(51) **LOC (11) Cl.** ................................................ **12-08**

(52) **U.S. Cl.**
USPC ............................................ **D12/99**; D12/96

(58) **Field of Classification Search**
USPC ........ D12/93, 96, 99, 94, 190, 192, 196, 83, D12/181, 163, 164, 169, 167, 171, 216, D12/86, 90, 91, 92; 180/89.13; 296/22, 296/24.3, 24.36
CPC ........ B62D 24/00; B62D 24/02; B62D 25/02; B62D 25/18; B62D 25/08; B62D 35/00; B60J 5/04; B60R 19/02; B60R 19/04; B60P 1/00; B60P 3/00
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D339,314 S | \* | 9/1993 | Moar | D12/96 |
| D357,436 S | \* | 4/1995 | Moar | D12/96 |
| D399,792 S | \* | 10/1998 | Hellhake | D12/96 |
| D423,990 S | \* | 5/2000 | Meryman | D12/96 |
| D465,749 S | \* | 11/2002 | Beigel | D12/96 |
| 7,232,179 B1 | \* | 6/2007 | Racz | B62D 33/0612 |
| | | | | 296/190.02 |
| D626,890 S | \* | 11/2010 | Cantemir | D12/12 |
| D719,879 S | \* | 12/2014 | Ito | D12/96 |

\* cited by examiner

*Primary Examiner* — Daniel D Bui
*Assistant Examiner* — Andrew Kerr
(74) *Attorney, Agent, or Firm* — Terrence J. Edwards; TechLaw Ventures, PLLC

(57) **CLAIM**

We claim the ornamental design for a fuselage, as shown and described.

**DESCRIPTION**

FIG. **1** is a front and right perspective view for a fuselage showing our new design;
FIG. **2** is a top view thereof;
FIG. **3** is a left side view thereof;
FIG. **4** is a right side view thereof;
FIG. **5** is a front view thereof; and,
FIG. **6** is a rear view thereof.
The broken lines in the drawing views represent unclaimed portions of a fuselage, which are included for the purpose of illustrating unclaimed environment only, and forms no part of the claimed design.

**1 Claim, 5 Drawing Sheets**



**U.S. Patent**          Mar. 6, 2018          Sheet 1 of 5          US D811,944 S



*FIG. 1*



FIG. 2



*FIG. 3*



*FIG. 4*



*FIG. 5*



*FIG. 6*

# EXHIBIT 3

US00D811968S

(12) **United States Design Patent**     (10) Patent No.:     **US D811,968 S**
Milton et al.                              (45) Date of Patent:     ** **Mar. 6, 2018**

(54) **WRAP WINDSHIELD**

(71) Applicant: **Bluegentech LLC**, Salt Lake City, UT (US)

(72) Inventors: **Trevor R. Milton**, Salt Lake City, UT (US); **Steve Jennes**, Fullerton, CA (US)

(73) Assignee: **Nikola Corporation**, Salt Lake City, UT (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/550,181**

(22) Filed: **Dec. 30, 2015**

(51) **LOC (11) Cl.** .............................................. **12-16**
(52) **U.S. Cl.**
     USPC ......................................................... **D12/182**
(58) **Field of Classification Search**
     USPC ........ D12/190, 192, 196, 83, 181, 163, 164,
          D12/169, 167, 171, 216, 86, 90, 91, 92;
          D29/110, 2/12, 15, 427–454;
          160/370.21; 296/84.1, 77.1, 146.15
     CPC ........ B62D 24/00; B62D 24/02; B62D 25/02;
          B62D 25/18; B62D 25/08; B62D 35/00;
          B60J 1/02; B60J 5/04; B60R 19/02;
          B60R 19/04; A42B 3/00; A42B 3/04;
          A42B 3/22; A42B 3/221; A42B 3/26
     See application file for complete search history.

(56)                **References Cited**

                U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D339,314 | S | * | 9/1993 | Moar ............................ D12/96 |
| D357,436 | S | * | 4/1995 | Moar ............................ D12/96 |
| D399,792 | S | * | 10/1998 | Hellhake ....................... D12/96 |
| D423,990 | S | * | 5/2000 | Meryman ....................... D12/96 |
| D453,130 | S | * | 1/2002 | Armstrong ................. D12/182 |
| D465,749 | S | * | 11/2002 | Beigel ........................... D12/96 |

| | | | | |
|---|---|---|---|---|
| D524,992 | S | * | 7/2006 | Belin ........................... D29/122 |
| D532,560 | S | * | 11/2006 | Fredriksson ................. D29/122 |
| 7,232,179 | B1 | * | 6/2007 | Racz .................. B62D 33/0612 |
| | | | | 296/190.02 |
| D571,838 | S | * | 6/2008 | Yee .............................. D16/101 |
| D626,890 | S | * | 11/2010 | Cantemir ...................... D12/12 |
| 7,931,325 | B2 | * | 4/2011 | Robbins ................... B60J 11/08 |
| | | | | 296/136.13 |
| D719,879 | S | * | 12/2014 | Ito ............................... D12/96 |
| D726,378 | S | * | 4/2015 | Wako ......................... D29/110 |
| D730,584 | S | * | 5/2015 | Paulson .................... D29/110 |
| D756,867 | S | * | 5/2016 | Wolff ......................... D12/182 |
| D763,750 | S | * | 8/2016 | Wheel ......................... D12/181 |
| D775,029 | S | * | 12/2016 | Frykholm ................... D12/182 |
| D775,030 | S | * | 12/2016 | Frykholm ................... D12/182 |
| 2015/0272260 | A1 | * | 10/2015 | Ryan ...................... A42B 3/226 |
| | | | | 349/14 |

* cited by examiner

*Primary Examiner* — Daniel D Bui
*Assistant Examiner* — Andrew Kerr
(74) *Attorney, Agent, or Firm* — Terrence J. Edwards; TechLaw Ventures, PLLC

(57)                **CLAIM**

We claim the ornamental design for a wrap windshield, as shown and described.

                **DESCRIPTION**

FIG. **1** is a front perspective view of a wrap windshield showing our new design;
FIG. **2** is a top view thereof;
FIG. **3** is a side view thereof;
FIG. **4** is a side view of the other side thereof; and,
FIG. **5** is a front view thereof.
The broken lines in the drawing views represent unclaimed portions of the wrap windshield, which are included for the purpose of illustrating unclaimed environment only, and forms no part of the claimed design.

**1 Claim, 5 Drawing Sheets**





*FIG. 1*



*FIG. 2*



*FIG. 3*



*FIG. 4*

Case 2:18-cv-01344-GMS   Document 26-3   Filed 07/09/18   Page 23 of 75



*FIG. 5*

# EXHIBIT 4

Case 2:18-cv-01344-GMS Document 2-3 Filed 08/31/18 Page 25 of 75



US 20180001942A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: **US 2018/0001942 A1**

Milton et al. (43) Pub. Date: **Jan. 4, 2018**

(54) **WRAP AROUND VEHICLE WINDSHIELD**

(71) Applicant: **Bluegentech LLC**, Salt Lake City, UT (US)

(72) Inventors: **Trevor R. Milton**, Salt Lake City, UT (US); **Steve Jennes**, Salt Lake City, UT (US)

(73) Assignee: **Bluegentech LLC**, Salt Lake City, UT (US)

(21) Appl. No.: **15/591,095**

(22) Filed: **May 9, 2017**

**Related U.S. Application Data**

(60) Provisional application No. 62/391,745, filed on May 9, 2016.

**Publication Classification**

(51) **Int. Cl.**
| | |
|---|---|
| *B62D 35/00* | (2006.01) |
| *B60J 1/02* | (2006.01) |
| *B60J 1/00* | (2006.01) |

(52) **U.S. Cl.**
CPC ............ *B62D 35/001* (2013.01); *B60J 1/008* (2013.01); *B60J 1/02* (2013.01)

(57) **ABSTRACT**

Systems, methods, and devices for a vehicle windshield are disclosed herein. A vehicle includes a vehicle body comprising a front, a first side, and a second side, wherein the first side and the second side are opposite one another on the vehicle body. The vehicle comprises a cabin located within the body of the vehicle, wherein the cabin comprises an interior that is configured to accommodate at least one person. The vehicle comprises at least one door that provides ingress and egress to the interior of the cabin of the vehicle. The vehicle comprises a windshield that provides a visual line of sight out of the cabin for a user located within the interior of the cabin, and wherein the windshield extends across the front and at least partially on to at least one of the first side or the second side.





**FIG. 1**



FIG. 2



**FIG. 3**

Case 2:18-cv-01344-GMS   Document 26-3   Filed 07/09/18   Page 29 of 75



FIG. 4



**FIG. 5**



**FIG. 6**



**FIG. 7**



FIG. 8



FIG. 9



FIG. 10



**FIG. 11**



**FIG. 12A**



FIG. 12B



**FIG. 13**

US 2018/0001942 A1

Jan. 4, 2018

1

## WRAP AROUND VEHICLE WINDSHIELD

### CROSS-REFERENCE TO RELATED APPLICATIONS

[0001] This application claims the benefit of U.S. Provisional Patent Application Ser. No. 62/391,745, filed May 9, 2016, entitled "ELECTRIC VEHICLE," which is hereby incorporated by reference in its entirety, including but not limited to those portions that specifically appear hereinafter, the incorporation by reference being made with the following exception: In the event that any portion of the above-referenced application is inconsistent with this application, this application supersedes the above-referenced application.

### TECHNICAL FIELD

[0002] The disclosure relates generally to systems, methods, and devices for an automobile windshield, and more particularly relates to methods, systems, and devices for a windshield on a semi-truck vehicle.

### BACKGROUND

[0003] A variety of windows and front windshields for automobiles have been developed and are known for providing a line of sight out of a vehicle and protection to a driver of the vehicle. Vehicle windows and windshields, and particularly semi-truck windows and windshields, are often attached to a bulky frame. The bulky frame causes the windshield to provide a limited view out of the vehicle that may obstruct vision and cause safety hazards for the driver and other persons on the road. Further, automobiles often include a front windshield and at least one side window formed of different pieces of material. The front windshield in automobiles, and particularly in semi-trucks, is often attached at a sharp angle relative to a front engine portion of the vehicle such that the overall shape of the vehicle is not particularly aerodynamic.

### BRIEF DESCRIPTION OF THE DRAWINGS

[0004] Non-limiting and non-exhaustive implementations of the present disclosure are described with reference to the following figures, wherein like reference numerals refer to like parts throughout the various views unless otherwise specified. Advantages of the present disclosure will become better understood with regard to the following description and accompanying drawings where:

[0005] FIG. 1 illustrates a front perspective view of a vehicle with a wrap-around windshield in accordance with the teachings and principles of the disclosure;

[0006] FIG. 2 illustrates a rear perspective view of a vehicle with a wrap-around windshield in accordance with the teachings and principles of the disclosure;

[0007] FIG. 3 illustrates an aerial view of a vehicle with a wrap-around windshield in accordance with the teachings and principles of the disclosure;

[0008] FIG. 4 illustrates a side view of a vehicle in accordance with the teachings and principles of the disclosure;

[0009] FIG. 5 illustrates a side view of a vehicle with a wrap-around windshield in accordance with the teachings and principles of the disclosure;

[0010] FIG. 6 illustrates a front view of a vehicle with the wrap-around windshield in accordance with the teachings and principles of the disclosure;

[0011] FIG. 7 illustrates a rear view of a vehicle with a wrap-around windshield in accordance with the teachings and principles of the disclosure;

[0012] FIG. 8 illustrates a front perspective view of a vehicle with a wrap-around windshield and another window highlighted in bold in accordance with the teachings and principles of the disclosure;

[0013] FIG. 9 illustrates an aerial view of a vehicle with the wrap-around windshield and other windows highlighted in bold in accordance with the teachings and principles of the disclosure;

[0014] FIG. 10 illustrates a side view of a vehicle with the wrap-around windshield and another window highlighted in bold in accordance with the teachings and principles of the disclosure;

[0015] FIG. 11 illustrates a front view of a vehicle with the wrap-around windshield and other windows highlighted in bold in accordance with the teachings and principles of the disclosure;

[0016] FIGS. 12A and 12B illustrate a side view of a vehicle with a wrap-around windshield in accordance with the teachings and principles of the disclosure; and

[0017] FIG. 13 illustrates a front view of a vehicle with a wrap-around windshield in accordance with the teachings and principles of the disclosure.

### DETAILED DESCRIPTION

[0018] Applicant has recognized that it is advantageous to provide a vehicle window or windshield, and particularly a semi-truck windshield, that allows a user to enjoy a wide visual perspective from an interior of the vehicle to the exterior of the vehicle. Applicant has further recognized that it is advantageous to provide a semi-truck having an aerodynamic shape. According to one aspect of the disclosure, a vehicle includes a vehicle body having a front, a first side, and a second side, wherein the first side and the second side are opposite to one another on the vehicle body. The vehicle includes a cabin located within the body of the vehicle, wherein the cabin comprises an interior that is configured to accommodate at least one person. The vehicle includes at least one door that provides ingress and egress to the interior of the cabin of the vehicle. The vehicle includes a windshield that provides a visual line of sight out of the cabin for a user located within the interior of the cabin, wherein the windshield extends across the front and onto at least a portion of at least one of the first side or the second side.

[0019] According to another aspect of the disclosure, an electric powered semi-truck includes a vehicle body comprising a front, first side, and a second side, wherein the first side and the second side are opposite to one another on the vehicle body. The vehicle includes a front portion of the vehicle comprising a front 50% of the total length of the vehicle. The vehicle includes at least two front wheels located within the front portion of the vehicle. The vehicle includes a cabin located within the vehicle body, wherein the cabin comprises a cabin interior configured to accommodate at least one person. The vehicle includes a windshield at the front end of the vehicle, wherein the windshield is configured to provide a visual line of sight from the cabin interior to an exterior of the vehicle, wherein the windshield extends across the front and onto a portion of at least one of the first

2

side or the second side, and wherein at least a portion of the windshield is located above at least a portion of at least one of the two front wheels.

[0020]   The disclosure relates generally to systems, methods, and devices for an automobile window or windshield. In the following description of the disclosure, reference is made to the accompanying drawings, which form a part hereof, and in which is shown by way of illustration specific implementations in which the disclosure may be practiced. It is understood that other implementations may be utilized and structural changes may be made without departing from the scope of the disclosure.

[0021]   Despite the existing systems, methods, and devices relating to automobile windows or windshields, systems, methods, and devices for an automobile window or windshield are still being developed and are needed. As will be seen, the disclosure provides such methods, systems, and devices for windshields and windows of an automobile, particularly for semi-trucks, in an effective and elegant manner.

[0022]   For purposes of promoting an understanding of the principles in accordance with the disclosure, reference will now be made to the embodiments illustrated in the drawings and specific language will be used to describe the same. It will nevertheless be understood that no limitation of the scope of the disclosure is thereby intended. Any alterations and further modifications of the inventive features illustrated herein, and any additional applications of the principles of the disclosure as illustrated herein, which would normally occur to one skilled in the relevant art and having possession of the disclosure, are to be considered within the scope of disclosure.

[0023]   It is to be understood that this disclosure is not limited to the particular configurations, process steps, and materials disclosed herein as such configurations, process steps, and materials may vary somewhat. It is also to be understood that the terminology employed herein is used for describing particular embodiments only and is not intended to be limiting.

[0024]   In describing the disclosure, the following terminology will be used in accordance with the definitions set out below.

[0025]   It must be noted that, as used in this specification and the appended claims, the singular forms "a," "an," and "the" include plural referents unless the context clearly dictates otherwise.

[0026]   As used herein, the terms "comprising," including," "containing," "characterized by," and grammatical equivalents thereof are inclusive or open-ended terms that do not exclude additional, unrecited elements or method steps.

[0027]   Referring now to the figures, FIG. 1 is a front perspective view of an embodiment of a vehicle 100 made in accordance with the teachings and principles of the disclosure. FIG. 1 shows an example vehicle 100, which is an electric driven class 8 semi-truck. In one embodiment, the vehicle 100 is configured to pull a total gross weight of 80,000 pounds approximately 800 miles to 1,200 miles between stops, or more than 1,200 miles between stops. However, it will be appreciated that the teachings and principles of the disclosure may be applicable to any vehicle of any size for providing transportation, whether driven by an automation system or by a human.

[0028]   In an implementation, the vehicle 100 is an electric driven semi-truck 100 having a vehicle body 102. The vehicle includes a front end 140 situated on a front-most portion 142 of the vehicle 100. In an implementation, the front end 140 is formed in an aerodynamic shape. The front end 140 has a curvature 144 forming an aerodynamic curvature optimized for reducing drag when the vehicle 100 is moving. The vehicle includes a side portion 106 normal to the front end 140 of the vehicle. The vehicle may include a first side portion and a second side portion located parallel and opposite one another on either side of the vehicle 100. The vehicle 100 includes a windshield 104 having a front windshield portion 110 and a side windshield portion 112. The vehicle 100 further includes a door 120 and a door window 114. The vehicle includes at least one overhead window 116 or skylight. The vehicle further includes a side window 118.

[0029]   The vehicle 100 includes a side rear-view mirror 126 configured to provide a visual reflection of objects behind and to the side of the vehicle 100. The side rear-view mirror 126 is attached to the vehicle 100 via a mirror attachment component 124. In an implementation, the mirror attachment component 124 is located below the windshield 110 on the side portion 106 of the vehicle. In an implementation, the mirror attachment component 124 is located below the windshield 110 at the front end 140 of the vehicle. In an implementation, the mirror attachment component 124 is located on an aerodynamic portion between the front end 140 and the side portion 106.

[0030]   The vehicle 100 includes a front wheel well 130 situated within the front 50% of the vehicle body. The front wheel well 130 is configured to house and protect a front wheel 132. The vehicle 100 further includes at least one rear wheel 134. In an implementation, at least a portion of the windshield 104 is located directly above the front wheel well 130 and front wheel 132. In an implementation, a portion of the side windshield portion 112 is located above a portion of the front wheel well 130 or front wheel 132.

[0031]   The vehicle 100 includes at least one door 120. In an implementation, the door 120 is a sliding door 120 that slides on a track 122. In such an implementation, the sliding door 120 is configured to move outward with respect to the side portion 106 and backward with respect to the front end 140 when the sliding door 120 is opened. In an implementation, the door 120 includes a door window 114. The door window 114 may be sized such that a side of the door window 114 matches up with a side of the windshield 104. In such an implementation, the windshield 104 and the door window 114 provide a continuous field of vision from an interior of the vehicle 100 to an exterior of the vehicle 100. In an implementation, the door window 114 forms a water-tight seal with the windshield 104 when the door 120 is closed.

[0032]   In an implementation, the door 120 is located directly above a portion of at least one step such that a user may comfortable ascend or descent the step when entering or exiting the vehicle through the door 120. The door 120 is located to a backside of the at least one front wheel 132 and wheel well 130. In an implementation, a step is connected to the front wheel well 130 and the door 120 is positioned immediately above the step.

[0033]   In an implementation, the windshield 110 has a curvature matching the front-end curvature 144 of the vehicle 100. That is, the windshield 110 and the front end

3

140 may form a continuous shape without any sharp angles. In an implementation, the front end **140** and the windshield **110** forms a straight line at the connection between the windshield **110** and the front end **140**. In an implementation, the front end **140** and the windshield form a water tight seal. In an implementation, the windshield **110** and the front end **140** may form a shape that follows the curvature of a fuselage of the vehicle. In an implementation, the front end **140** and the windshield **110** follow a similar curvature at the connection between the windshield **110** and the front end **140**.

[0034]   In an implementation, the windshield **110** is a single piece of material. In an implementation, the windshield **110** forms a continuous field of vision from the inside of vehicle body **102** to an exterior of the vehicle. The windshield **110** is constructed of any suitable transparent substrate, including glass. In an implementation, the windshield **110** is a single piece of glass molded to the curvature of the vehicle **100**. In an implementation, the windshield **110** includes a plurality of pieces of material forming a nearly continuous field of vision from the inside of vehicle body **102** to an exterior of the vehicle. In such an implementation, the separate pieces of material forming the windshield **110** may taper from the front of the vehicle toward the rear of the vehicle. As the windshield moves toward the rear of the vehicle, the windshield may taper.

[0035]   It should be noted that the size and shape of the windshield **110** can have a dramatic impact on the visibility from inside the vehicle body **102** and can further have a dramatic impact on the driver's ability to view surrounding people, vehicles, and obstructions. A larger windshield **110** that wraps around the vehicle body **102** forming a continuous piece of transparent substrate can greatly increase the ability of a driver of the vehicle **100** to view obstacles and drive safely. For example, in the art semi-trucks include large and obstructive frame panels on the corners of the vehicle cabin. These frame panels introduce dramatic blind spots wherein the driver cannot view all persons, vehicles, or objects surrounding the semi-truck. In an implementation of the present application, however, the windshield **110** comprises a continuous wrap-around sheet of glass molded to the curvature of the vehicle body **102**. The continuous wrap-around windshield **110** eliminates the need for obstructive frame members that reduce safety when operating the vehicle.

[0036]   It should further be noted that a continuous wrap-around windshield **110** can greatly enhance the aerodynamics of the vehicle **100**. In an implementation, where the windshield **110** comprises a curvature matching the curvature **144** of the front end **140** of the vehicle **100**, the windshield **110** supports the aerodynamics of the vehicle and reduces drag. This is important for reducing the energy required to operate the vehicle and propel it forward.

[0037]   The aerodynamic vehicle body **102** is configured and formed to reduce drag when the vehicle **100** is in motion. In an implementation, the vehicle **100** is an electric powered semi-truck and the vehicle does not include a combustion engine at the front side of the vehicle. Therefore, because the vehicle does not include a combustion engine, the vehicle body **102** may have a particularly aerodynamic shape. In an implementation, the front windshield **110** is located near the front-most point of the vehicle **100** and the front windshield **110** and panoramic windows **112**, **114**, **118** are configured to provide a user with a wide range of

visibility. It should be appreciated that locating a seat near the front end **140** of the vehicle and providing a panoramic view of the surroundings will increase safety and visibility when operating the vehicle.

[0038]   In an implementation, the vehicle **100** includes a cabin within the vehicle body **102** that is 30% larger than a typical cab in a semi-truck, yet is more aerodynamic and has a lower coefficient of drag than a typical cab of a semi-truck. In an implementation, the coefficient of drag is nearly 5% lower compared to current semi-trucks on the market. The cab **104** may also include a full-size fridge and freezer, electric climate control, a touch screen display, 4G LTE Internet access, over-the-air software updates, a sunroof, two full size beds, a microwave, and a television. Each of these features may be powered by the ESS, alleviating the need to idle or run a separate generator.

[0039]   In an implementation, the vehicle's **100** heavy components are arranged to sit at or below a frame rail, thereby lowering the center of gravity by several feet and improving anti-roll over capabilities. This may be partially accomplished by removing the diesel engine and transmission associated with a typical class **8** truck, and manufacturing the cab **12** out of light, but stronger carbon fiber panels. Benefits of removing the diesel engine may include a drastic reduction in greenhouse gas emissions, a larger and more aerodynamic cab and a significantly quieter ride. All that is necessary to make the vehicle **100** go or stop may be the electric pedal and brake pedal (no shifting or clutches). The vehicle's **100** simplified operation may open up the long-haul market to a new group of drivers.

[0040]   In an implementation, the vehicle **100** is a 100% electric driven vehicle and does not include class **8** semi-truck parts such as a diesel engine, emissions equipment, transmission, and drive train and differentials. The absence of these features makes the vehicle **100** thousands of pounds lighter than the average class **8** semi-truck on the market.

[0041]   In an implementation, the vehicle **100** is powered by any suitable energy storage system (ESS), such as a rechargeable battery pack that is charged in any suitable manner. For example, the ESS may include a liquid cooled lithium-ion battery pack (over 30,000 lithium cells), which may be charged by an onboard turbine of a turbine assembly. The turbine may automatically charge the batteries of the ESS when needed and eliminate the need to ever "plug-in." The turbine may produce nearly 400 kW of clean energy, for example, which may provide ample power to permit the vehicle **100** to climb a 6% grade at maximum weight at 65 MPH. A typical class **8** diesel truck under similar conditions may have a challenging time reaching 35 MPH. And going downhill, the vehicle's electric motors may be configured to absorb the braking energy normally lost and deliver it back to the batteries, increasing component life, miles per gallon, safety, and freight efficiencies while eliminating noisy engine brakes and reducing the potential for runaway trucks.

[0042]   In an implementation, the vehicle **100** has compatibility with driverless vehicles. In such an implementation, a single driver may have the ability to virtually hitch and lead up to five driverless vehicles **100** through a wireless vehicle network and self-driving technology. This technology could solve the driver shortage and increased freight costs facing the long-haul transportation industry.

[0043]   The vehicle **100** shown in FIG. **1** includes an electric motor and associated gear train (e.g., gear train with dual gear reduction) at every wheel **132**, **134**, which motors

4

and gear trains may be grouped in pairs to form a motor gearbox assembly as described in further detail in U.S. patent application Ser. No. 15/357,350 filed Nov. 21, 2016, which is hereby incorporated by reference in its entirety herein. In the embodiment shown in FIG. **1**, the four rear wheels **146** each include a dual wheel pair (two wheels that rotate together). The electric motor may be configured to produce any suitable horsepower (HP), such as 100 to 400 HP, with four to six motors combined, may output as much as 2,000 HP and over 3,700 ft. lbs. of torque before gear reduction, and potentially 86,000 ft. lbs. of instant torque after gear reduction. The vehicle's four to six electric motors may produce superior horsepower, torque, acceleration, pulling and stopping power over other class **8** semi-trucks known in the art. It should be noted that the inclusion of an electric motor, and the elimination of a standard combustion engine, may allow for the reconfiguration of the layout and structure of a standard semi-truck as known in the art. The reconfiguration of many components of the vehicle body **102** can be advantageous to a user, as disclosed and described in present application. The elimination of the combustion engine has, for example, provided for the at least one seat to be located at a position nearer the front of the vehicle body **102** than in a conventional semi-truck.

[0044]   In an embodiment, the vehicle is powered by an electric motor. The electric motors may be powered by any suitable energy storage system (ESS) such as a rechargeable battery pack and hydrogen fuel cell that may be charged or powered in any suitable manner. For example, the ESS may include a liquid cooled lithium-ion battery pack which may be charged by an onboard fuel cell or fuel cell assembly. The fuel cell may automatically charge the batteries of the ESS when needed and eliminate the need to ever "plug-in" the batteries. The fuel cell may produce clean energy, which may provide ample power to power the vehicle. When going downhill, the vehicle's electric motors may be configured to absorb braking energy that is normally lost and deliver the braking energy back to the batteries, thereby increasing component life, miles per gallon, safety, and freight efficiencies while eliminating noisy engine brakes and reducing the potential for a runaway vehicle.

[0045]   Referring now to FIG. **2**, a rear perspective view of a vehicle **200** is shown. The vehicle **200** includes a vehicle body **202** having a cabin located within the vehicle body (not shown) configured to accommodate at least one person. The vehicle **200** includes a windshield having a side windshield portion **212**. The vehicle includes a side window **218** and a door window **214**. In an implementation, the door window **214** lines up with the windshield side portion **212** when the door **220** is closed. As pictured in FIG. **2**, the door **220** may be a sliding door that slides on a track **220**. The vehicle body **202** includes a front wheel well **230** formed around a front wheel **232**. In an implementation, at least a portion of the windshield side portion **212** is located above at least a portion of the front wheel well **230** and/or front wheel **232**.

[0046]   FIG. **3** illustrates an aerial view of a vehicle **300**. The vehicle **300** includes a vehicle body **302** including a cabin interior located within the vehicle body that is configured to accommodate at least one person. The vehicle **300** includes a front door **340** and a windshield **304** having a front windshield portion **310**. The vehicle **300** includes an overhead window or skylight **316**, **316**a. The vehicle includes a front wheel well **330** configured to house a front wheel (not shown). In an implementation, the windshield **304** is a

wrap-around windshield and a portion of the windshield **304** is position directly above at least a portion of the front wheel well **330**.

[0047]   Referring now to FIG. **4**, a side view of a vehicle **400** having a vehicle body **402** is shown. The vehicle body **402** includes a cabin interior located within the vehicle body **402** that is configured to accommodate at least one person. The cabin interior is accessible through the door **420** that provides ingress and egress for the cabin interior. In an implementation, the cabin interior comprises the interior space of the vehicle body **402**. In an implementation, the cabin interior includes, for example, a full-size bed, a television, a refrigerator and/or freezer, and a spacious cockpit driving area having a panoramic windshield **404**. The panoramic windshield **404** includes a front windshield portion **410** and at least one side windshield portion **412**. The panoramic windshield **404** may include two side windshield portions **412** on either side of the vehicle **400**. The panoramic windshield **404** may comprise a single continuous piece of a transparent substrate molded to match the curvature of the front portion of the vehicle. The vehicle **400** includes a door **420** having a door window **414** that is configured to line up with and match an end of the windshield side portion **412**. In an implementation, as pictured in FIG. **4**, the door window **414** extends a portion of the horizontal length of the door. In an implementation, the door window **414** extends an entire length of the horizontal length of the door. In yet another implementation, the door window **414** extends the horizontal length of the door and matches up with an end of the windshield side portion **412** on one side and matches up with a side window **418** on the other side when the door is closed.

[0048]   The vehicle **400** further includes a front wheel well **430** and a front wheel **432** positioned near the front of the vehicle. The front portion of the vehicle **400** may include the front-most 50% of the vehicle, and the front wheel well **432** and the front wheel **430** are positioned within the front-most 50% of the vehicle. The front of the vehicle is denoted by the end of the vehicle that is facing forward when the vehicle is propelled forward.

[0049]   FIG. **5** is a side view of a vehicle **500** having a vehicle body **502** and an aerodynamic wrap around windshield **504**. The windshield **504** includes a front windshield portion **510** and a side windshield portion **512**. The vehicle includes a door **520** and a door window **514** that may be in contact with a portion of the side windshield portion **512** when the door **520** is closed. The vehicle includes a side window **518** that may be in contact with the door window **514** in an implementation (now shown). The vehicle includes a front wheel well **530** and a front wheel **532**, wherein at least a portion of the windshield **504** may be position directly above at least a portion of at least one of the front wheel well **530** and/or the front wheel **532**.

[0050]   Referring now to FIG. **6**, a front view of a vehicle **600** is shown. In an implementation, the vehicle **600** is an electrically powered semi-truck vehicle having a vehicle body **602** and a vehicle front end **640**. The vehicle front end **640** is denoted by the front portion of the vehicle that is facing forward when the vehicle is propelled in the forward direction. The vehicle includes a plurality of front wheel wells **630** and front wheels **632** integrated into the front portion of the vehicle **600**. The vehicle includes a side window **618** and a plurality of roof windows or skylights **616**, **616**a. The vehicle includes a panoramic and aerody-

5

namic wraparound windshield **604** having a front windshield portion **610** and a side windshield portion **612**. The vehicle **600** includes a side rear-view mirror **626** attached to the vehicle body **602** by way of a rear-view mirror connection component **624**. In an implementation, the side rear-view mirror **626** extends farther outward than a side portion **603** of the vehicle. In various implementations, the side rear-view mirror **626** is located in the front portion of the vehicle **602**, a side portion of the vehicle **603**, or portion between the front portion and the side portion (as pictured).

[0051]   The front portion **601** includes vehicle body curvature **642** configured to increase the aerodynamic nature of the vehicle body **602**. In an implementation, the windshield **604** is molded to match the vehicle body curvature **642** such that the front portion **601** of the vehicle is a continuous shape without any sharp angles or breaks. In such an implementation, the front portion **601** and the windshield **604** may form a continuously straight line without a sharp angle. In an implementation, the windshield **604** and the front end **640** may form a shape that follows the curvature of a fuselage of the vehicle. In an implementation, the front end **640** and the windshield **604** follow a similar curvature at the connection between the windshield **604** and the front end **640**.

[0052]   FIG. **7** is a rear view of a vehicle **700**, and particularly an electrically driven semi-truck vehicle. The vehicle **700** includes a vehicle body **702** that includes a cabin interior located within the vehicle body **702** that can accommodate at least one person. The vehicle body **702** includes a backside surface **703**. The vehicle **700** includes a plurality of rear wheel wells **731** and a plurality of rear wheels **733**. The vehicle **700** includes a side rear-view mirror **726** attached to the vehicle body **702** with a rear-view mirror attachment component **724**. In an implementation as pictured, the side rear-view mirror extends farther out than the vehicle body **702** on each side of the vehicle **700**.

[0053]   Referring now to FIG. **8**, a front perspective view of a vehicle **800** with the windshield and windows highlighted in bold markings is shown. The vehicle **800** includes a vehicle body **802** including a cabin interior within the vehicle body that is configured to accommodate at least one person. The vehicle **800** includes a windshield **804** having a front windshield portion **810** and a side windshield portion **812**. The vehicle includes a door window **814** and a side window **818**.

[0054]   Referring now to FIG. **9**, an aerial view of a vehicle **900** with the windshield and windows highlighted in bold markings is shown. The vehicle **900** includes a front end **901** and two side portions **903** that are normal to the front end **901** and parallel and opposite one another. The side portions **903** may be denoted as a first side and a second side. The vehicle **900** includes a vehicle body **902** having a panoramic wrap around windshield **904**. The windshield **904** includes a front windshield portion **910** and a side windshield portion **912**. The vehicle **900** includes side windows **918** on either side of the vehicle.

[0055]   Referring now to FIG. **10**, a side view of a vehicle **1000** with the windshield and windows highlighted in bold markings is shown. The vehicle **1000** includes a vehicle body **1002** and a panoramic windshield **1004** is shown. The panoramic windshield **1004** includes a front windshield portion **1010** and a side windshield portion **1012** denoted by the location of the windshield portion relative to the overall vehicle body **1002**. The vehicle **1000** includes a door window **1014** that may be in contact with a portion of the

windshield **1004** when the door is closed in an implementation as pictured. The vehicle **1000** includes a side window **1018** disposed on either of a first side or a second side of the vehicle **1000**.

[0056]   Referring now to FIG. **11**, a front view of a vehicle **1100** with the windshield and windows highlighted in bold markings is shown. The vehicle **1100** includes a windshield **1104** having a front windshield portion **1110** and at least one side windshield portion **1112**. The vehicle **1100** includes at least one door window **1114** attached to a vehicle door. The vehicle includes at least one side window **1118**.

[0057]   Referring now to FIGS. **12A** and **12B**, where side views of an embodiment of a vehicle **1200** having a panoramic windshield are shown. The vehicle **1200** includes a windshield **1204** having a front windshield portion **1210** and a side windshield portion **1212**. The vehicle **1200** includes a door **1220** with a door window **1214**. The vehicle includes a front wheel well **1230** and a front wheel **1232** within a front portion of the vehicle **1200**.

[0058]   In an embodiment as pictured in FIG. **12A**, the side windshield portion **1212** makes contact with the door window **1214** when the door is closed. In such am embodiment, a water-tight seal is made between the door and the surrounding vehicle body, and between the door window **1214** and the side windshield portion **1212**. In an alternative embodiment, the side windshield portion **1212** does not extend to the door **1220** or make contact with the door **1220**, and the door **1220** is instead makes contact only with the vehicle body and not with the side windshield portion **1212**. In an embodiment, the side windshield portion **1212** extends partially on to at least one of the vehicle sides. In an embodiment, the side windshield portion **1212** extends on to only one of the two vehicle sides. In an embodiment, the side windshield portion **1212** extends farther on to one of the vehicle sides than it does on to the other vehicle side.

[0059]   In an embodiment as pictured, the windshield **1204** includes a windshield frame **1211** surrounding at least a portion of the windshield **1204**. The windshield frame **1211** may include, for example, a frame securing the windshield in place, an adhesive securing the windshield, a tapered edge on the vehicle body that may or may not serve to secure the windshield, a tapered edge on the vehicle body configured to increase the aerodynamics of the vehicle, or a tapered edge on the vehicle body configured to improve the aesthetics of the vehicle. In an embodiment as shown, the windshield frame or tapered edge **1211** has varying widths at different positions around the windshield **1204**. In an implementation, the windshield **1204** may be angled or formed at an angle relative to a front bumper **1228**. The front bumper **1228** may be vertically oriented and substantially normal with respect to a horizontal frame member **1229**. An angle β may be formed between an imaginary vertical line A-A extending substantially upward from the front bumper **1228** and normal to the horizontal frame member **1229** and an imaging line B-B representing a plane of the windshield **1204**. In an implementation shown in FIG. **12B**, the angle β may be formed between an imaginary vertical line A-A extending substantially upward from the front bumper **1228** and normal to the horizontal frame member **1229** and an imaging line B-B representing a viewing angle of the driver through the windshield **1204**. In either implementation, the angle β may fall within a range of about twenty-five degrees to about fifty degrees, and may be between about thirty degrees to about forty-five degrees, and may be between

US 2018/0001942 A1

Jan. 4, 2018

6

about thirty-seven degrees to about forty degrees. It will be appreciated that angle β may be all angles falling within the range of about twenty-five degrees to about fifty degrees, including all angles falling within that range as if those angles were individually set forth herein. It will be appreciated the shape of the front of the vehicle coupled with the angle β of the windshield provides the larger viewing area for the driver, which provides for increased safety. Further, the shape of the front of the vehicle enables the driver of the vehicle to see objects located closer to the front of the vehicle than is typically allowed by traditional semi-trucks and vehicles having larger rectangular hoods on the front ends.

[0060]   In an embodiment as pictured, the vehicle body **1202** includes a windshield break **1215** near the lower edge of the windshield **1204**. The windshield break **1215** may comprise a flat or nearly flat portion in the vehicle body near the bottom of the windshield **1204**. The windshield break **1215** may serve to, for example, collect debris that has fallen on the windshield, house windshield wipers in a protected environment, improve the aerodynamic characteristics of the vehicle body **1202**, or improve the aesthetics of the vehicle body **1202**. Alternatively, in another embodiment, the vehicle body **1202** does not include a windshield break and instead the windshield **1204** for the front of the vehicle body **1202** form a straight or nearly straight line that has few discernable breaks. That is in an alternative embodiment, the front of the vehicle **1200** appears to have a flat surface without any dramatic angles or breaks in the construction.

[0061]   In an embodiment as pictured, the vehicle **1200** includes a windshield frame **1213**. In such an embodiment, the windshield frame **1213** may include a plurality of frame elements around the windshield **1204**. In such an embodiment, the windshield **1204** may comprise a single sheet of transparent substrate that extends across the front of the vehicle and wraps at least partially on to one of the two sides of the vehicle. Alternatively, in such an embodiment, the windshield **1204** may comprise a plurality of pieces of transparent substrate forming a panoramic windshield view when held in place by the windshield frame **1213**.

[0062]   In an embodiment, the windshield **1204** includes an upper taper **1227** and a lower taper **1225**. In an embodiment, the upper portion of the windshield is straight as it extends across the front of the vehicle and extends upward **1227** as it extends across at least one of the sides of the vehicle. In an embodiment, the lower portion of the windshield is tapered as it extends across the front of the vehicle and it tapers upward **1225** as it extends across a portion of at least one of the sides of the vehicle. In an embodiment, the lower taper **1225** and the upper taper **1227** are not angled to the same degree (as shown). In an embodiment, the lower taper **1225** and the upper taper **1227** are parallel with one another.

[0063]   In an embodiment, the windshield **1204** including the front windshield portion **1210** and a side windshield portion **1212** are formed of a single continuous piece of transparent substrate. In an embodiment, the windshield **1204** is formed of a plurality of pieces of transparent substrate that connect to form a panoramic or near-panoramic view from inside the vehicle body **1202**. The windshield **1204** may be formed of, for example, glass, tinted glass, UV resistant glass, glare-resistant glass, bullet proof glass, shatter-resistant glass, and so forth. The windshield **1204** may be formed of any suitable transparent substrate.

[0064]   Referring now to FIG. **13**, a front view of a vehicle **1300** having a windshield **1304** is shown. The windshield **1304** includes a front windshield portion **1310** and a side windshield portion **1312**. The windshield may comprise a single continuous sheet of transparent substrate molded to the curvature of the vehicle body. The windshield may include one or more windshield frame **1313** pieces whether or not the windshield **1304** is formed of a single continuous piece or of a plurality of separate pieces. In an embodiment, the windshield **1304** has a continuous appearance wherein the windshield appears to be constructed of a single piece of a transparent substrate without any structural support. In such an embodiment, the windshield frame **1313** may be configured to provide a gradual slope matching the overall shape of the vehicle **1300** and the windshield **1304**, and disguising the presence of the windshield frame **1313**. In such an embodiment, the windshield **1304** may be formed of separate pieces of a transparent substrate or it may be formed of a single piece of a transparent substrate that is molded to extend across the front of the vehicle and to wrap around a portion of at least one of the first side or the second side of the vehicle. The windshield frame **1313** may provide structural support to the vehicle and to the windshield **1304** without regard to whether the windshield **1304** is formed of a single continuous piece or formed of a plurality of pieces.

[0065]   In an embodiment, the windshield frame or support member **1313** provides structural support for the vehicle **1300** and the windshield **1304** is supported by the windshield frame **1313**. In such an embodiment, the windshield **1304** is formed of a continuous piece of a transparent substrate or it may be formed of a plurality of pieces of a transparent substrate.

[0066]   The windshield frame **1313** may form a support structure for the vehicle **1300** when attached or configured in varying angle degrees. For example in an embodiment as pictured, the windshield frame **1313** forms a obtuse angle with respect to the vehicle's roof when viewed from the side of the vehicle. The windshield frame **1313** provides a gradual slope for the windshield **1304** and the vehicle body. In an alternative embodiment, the windshield frame **1313** is shaped into a smaller angle than illustrated in FIG. **13**, wherein the windshield frame **1313** and provides a steeper angle or slope and may provide a different overall shape to the vehicle body. In an example embodiment, the windshield frame **1313** forms a substantial ninety-degree or nearly ninety-degree angle with respect to the roof of the vehicle **1300** and provides a structural support for the windshield **1304**.

[0067]   In an implementation, the windshield frame **1313** is configured to appear inconspicuous next to the windshield **1304**, such that the vehicle **1300** appears to not have a windshield frame **1313** at all. In such an implementation, the windshield frame **1313** may be colored similarly to the color of a tinted windshield glass, for example, or the windshield frame **1313** may be gently tapered with the windshield **1304** to provide an elegant aesthetic appeal to the overall vehicle **1300**.

[0068]   The windshield **1304** includes a lower taper **1325** and an upper taper **1327**. The lower taper **1325** and the upper taper **1327** indicate an angle or shape of the windshield as it extends across a side portion of the vehicle. The windshield **1304** further includes a lower taper **1323** indicating an angle or shape of the windshield **1304** as it extends across the front of the vehicle body. In an implementation, the lower taper

US 2018/0001942 A1

Jan. 4, 2018

7

**1323** across the front forms a curved shape. In an implementation, the lower taper **1325** and upper taper **1327** are parallel, and in yet another implementation they taper at varying degrees.

EXAMPLES

[0069]   The following examples pertain to further embodiments.

[0070]   Example 1 is a vehicle including a vehicle body having a front, a first side, and a second side, wherein the first side and the second side are opposite one another on the vehicle body. The vehicle includes a cabin located within the body of the vehicle, where the cabin comprises an interior that is configured to accommodate at least one person. The vehicle includes at least one door that provides ingress and egress to the interior of the cabin of the vehicle. The vehicle includes a windshield that provides a visual line of sight out of the cabin for a user located within the interior of the cabin, wherein the windshield extends across the front and onto at least a portion of at least one of the first side or the second side.

[0071]   Example 2 is a vehicle as in Example 1, wherein the vehicle is an electric vehicle comprising a battery pack that is coupled to an electric drive train.

[0072]   Example 3 is a vehicle as in any of Examples 1-2, wherein the vehicle comprises a combustion engine configured to generate power by using combustion energy of fuel.

[0073]   Example 4 is a vehicle as in any of Examples 1-3, wherein the windshield extends to a vertical side of the door on at least one of the first side or the second side.

[0074]   Example 5 is a vehicle as in any of Examples 1-4 wherein the door comprises a window.

[0075]   Example 6 is a vehicle as in Example 5, wherein the window matches up with an end portion of the windshield when the door is closed.

[0076]   Example 7 is a vehicle as in any of Examples 4-6, wherein the window and the windshield form a water-tight seal when the door is closed.

[0077]   Example 8 is a vehicle as in any of Examples 5-7, wherein the window and the windshield provide a continuous field of vision from the interior of the cabin to an exterior of the cabin when the door is closed.

[0078]   Example 9 is a vehicle as in any of Examples 1-8, wherein the door is a sliding door.

[0079]   Example 10 is a vehicle as in any of Examples 1-9, wherein the windshield comprises a tinted glass.

[0080]   Example 11 is a vehicle as in any of Examples 1-10, wherein the front of the vehicle and a front portion of the windshield form an aerodynamic shape.

[0081]   Example 12 is a vehicle as in Example 11, wherein the aerodynamic shape comprises a straight line extending from an upper portion of the windshield to a front most point of the vehicle.

[0082]   Example 13 is a vehicle as in any of Examples 1-12, further comprising a front-end curvature having an aerodynamic shape.

[0083]   Example 14 is a vehicle as in Example 13, wherein the windshield comprises a windshield curvature matching the front-end curvature.

[0084]   Example 15 is a vehicle as in any of Examples 1-14, wherein the windshield is a continuous wraparound windshield.

[0085]   Example 16 is a vehicle as in any of Examples 1-15, wherein the windshield comprises a single piece of material.

[0086]   Example 17 is a vehicle as in any of Examples 1-16, wherein the door is a sliding door.

[0087]   Example 18 is a vehicle as in Example 17, wherein the door moves outward with respect to the body and backward with respect to the front of the vehicle as the door is moved to an open position.

[0088]   Example 19 is a vehicle as in any of Examples 1-18, wherein the at least one door is located approximately at a midpoint of the body of the vehicle to provide ingress and egress into the cabin.

[0089]   Example 20 is a vehicle as in any of Examples 1-19, wherein the vehicle is a semi-truck.

[0090]   Example 21 is a vehicle as in any of Examples 1-20, wherein the vehicle is an electric driven class **7** semi-truck.

[0091]   Example 22 is a vehicle as in any of Examples 1-21, wherein the vehicle is an electric driven class **8** semi-truck.

[0092]   Example 23 is a vehicle including a vehicle body having a front, a first side, and a second side, wherein the first side and the second side are opposite one another on the vehicle body. The vehicle includes a front portion of the vehicle comprising a front 50% of the total length of the vehicle. The vehicle includes a wheel comprising a wheel footprint, wherein the wheel is located within the front portion of the vehicle. The vehicle includes a cabin located within the vehicle body, wherein the cabin comprises a cabin interior configured to accommodate at least one person. The vehicle includes a windshield at the front end of the vehicle, wherein the windshield is configured to provide a visual line of sight from the cabin interior to an exterior of the vehicle, wherein the windshield extends across the front and onto at least a portion of at least one of the first side or the second side, and wherein the wheel footprint is located directly below the windshield.

[0093]   Example 24 is a vehicle as in Example 23, wherein the vehicle is an electric vehicle comprising a battery pack that is coupled to an electric drive train.

[0094]   Example 25 is a vehicle as in any of Examples 23-24, wherein the vehicle comprises a combustion engine configured to generate power by using combustion energy of fuel.

[0095]   Example 26 is a vehicle as in any of Examples 23-25, wherein the windshield comprises a single piece of material.

[0096]   Example 27 is a vehicle as in any of Examples 23-26, wherein the windshield comprises a plurality of pieces of material attached to a vehicle body frame.

[0097]   Example 28 is a vehicle as in any of Examples 23-27, wherein the windshield comprises a continuous piece of glass molded to an exterior curvature of the vehicle body.

[0098]   Example 29 is a vehicle as in any of Examples 23-28, wherein the windshield comprises a windshield curvature matching a vehicle curvature of the vehicle body.

[0099]   Example 30 is a vehicle as in any of Examples 23-29, wherein the windshield comprises an upper length along the top length of the windshield and a lower length along the lower length of the vehicle, wherein the upper length is shorter than the lower length.

[0100]   Example 31 is a vehicle as in any of Examples 23-30, wherein the vehicle further comprises a door dis-

8

posed in at least one of the first side or the second side and wherein the door comprises a window.

[0101]   Example 32 is a vehicle as in Example 31, wherein the door is a sliding door.

[0102]   Example 33 is a vehicle as in Example 31, wherein the door is a hinged door.

[0103]   Example 34 is a vehicle as in any of Example 31-33, wherein the door comprises a window.

[0104]   Example 35 is a vehicle as in Example 34, wherein the window is configured to line up with an end portion of the windshield when the door is closed.

[0105]   Example 36 is a vehicle as in Example 34, wherein the windshield and the window form a continuous field of view from the interior of the cabin to the exterior of the vehicle when the door is closed.

[0106]   Example 37 is a vehicle as in any of Examples 23-36, wherein the vehicle is a semi-truck.

[0107]   Example 38 is a vehicle as in any of Examples 23-27, wherein the vehicle is an electric driven class 7 semi-truck.

[0108]   Example 39 is a vehicle as in any of Examples 23-28, wherein the vehicle is an electric driven class 8 semi-truck.

[0109]   In the above disclosure, reference has been made to the accompanying drawings, which form a part hereof, and in which is shown by way of illustration specific implementations in which the disclosure may be practiced. It is understood that other implementations may be utilized and structural changes may be made without departing from the scope of the present disclosure. References in the specification to "one embodiment," "an embodiment," "an example embodiment," etc., indicate that the embodiment described may include a particular feature, structure, or characteristic, but every embodiment may not necessarily include the particular feature, structure, or characteristic. Moreover, such phrases are not necessarily referring to the same embodiment. Further, when a particular feature, structure, or characteristic is described in connection with an embodiment, it is submitted that it is within the knowledge of one skilled in the art to affect such feature, structure, or characteristic in connection with other embodiments whether or not explicitly described.

[0110]   While various embodiments of the present disclosure have been described above, they have been presented by way of example only, and not limitation. It will be apparent to persons skilled in the relevant art that various changes in form and detail can be made therein without departing from the spirit and scope of the disclosure. Thus, the breadth and scope of the present disclosure should not be limited by any of the above-described exemplary embodiments, but should be defined only in accordance with the following claims and their equivalents. The foregoing description has been presented for the purposes of illustration and description. It is not intended to be exhaustive or to limit the disclosure to the precise form disclosed. Many modifications and variations are possible in light of the above teaching. Further, it should be noted that any or all the aforementioned alternate implementations may be used in any combination desired to form additional hybrid implementations of the disclosure.

[0111]   Further, although specific implementations of the disclosure have been described and illustrated, the disclosure is not to be limited to the specific forms or arrangements of parts so described and illustrated. The scope of the disclosure is to be defined by the claims appended hereto, any future claims submitted here and in different applications, and their equivalents.

What is claimed is:

**1**. A vehicle comprising:

a vehicle body comprising a front, a first side, and a second side, wherein the first side and the second side opposite one another on the vehicle body;

a cabin located within the vehicle body, wherein the cabin comprises an interior that is configured to accommodate at least one person;

at least one door that provides ingress and egress to the interior of the cabin of the vehicle; and

a windshield that provides a visual line of sight out of the cabin for a user located within the interior of the cabin;

wherein the windshield extends across the front of the vehicle and at least partially in at least one of the first side or the second side.

**2**. The vehicle of claim **1**, wherein the vehicle is an electric vehicle comprising a battery pack that is coupled to an electric drive train.

**3**. The vehicle of claim **1**, wherein the vehicle comprises a combustion engine configured to generate power by using combustion energy of fuel.

**4**. The vehicle of claim **1**, wherein the windshield extends to a side of the door on at least one of the first side or the second side.

**5**. The vehicle of claim **1**, wherein the door comprises a window.

**6**. The vehicle of claim **5**, wherein the window lines up with an end portion of the windshield when the door is closed.

**7**. The vehicle of claim **6**, wherein the window and the windshield form a water-tight seal when the door is closed.

**8**. The vehicle of claim **5**, wherein the window and the windshield provide a continuous field of vision from the interior of the cabin to an exterior of the cabin when the door is closed.

**9**. The vehicle of claim **1**, wherein the windshield provides a continuous field of vision from the interior of the cabin to an exterior of the cabin.

**10**. The vehicle of claim **1**, wherein the windshield extends to a portion of at least one of the first side or the second side, and wherein the windshield does not extend to the door.

**11**. The vehicle of claim **1**, wherein the windshield comprises an upward taper on the lower edge of the windshield where the windshield extends into at least one of the first side or the second side.

**12**. The vehicle of claim **1**, wherein the windshield comprises a taper on at least one of the lower or upper edge of the windshield where the windshield extends into at least one of the first side or the second side.

**13**. The vehicle of claim **1**, wherein the front of the vehicle and a front portion of the windshield form an aerodynamic shape.

**14**. The vehicle of claim **1**, wherein the vehicle body comprises an aerodynamic curvature.

**15**. The vehicle of claim **12**, wherein the windshield is molded to conform to the aerodynamic curvature.

**16**. The vehicle of claim **1**, wherein the windshield comprises a single piece of transparent substrate.

**17**. The vehicle of claim **1**, wherein the windshield comprises a plurality of pieces of transparent substrate.

**18**. The vehicle of claim **1**, further comprises a windshield frame configured to secure the windshield in place.

**19**. The vehicle of claim **1**, wherein the door is a sliding door.

**20**. The vehicle of claim **17**, wherein the door moves outward with respect to the body and backward with respect to the front of the vehicle as the door is moved to an open position.

**21**. The vehicle of claim **1**, wherein the at least one door is located approximately at a midpoint of the body of the vehicle to provide ingress and egress into the cabin.

**22**. The vehicle of claim **1**, wherein the vehicle is a semi-truck.

**23**. A vehicle comprising:

a vehicle body comprising a front, a first side, and a second side, wherein the first side and the second side are opposite one another on the vehicle body;

a front portion of the vehicle comprising a front 50% of the total length of the vehicle;

a wheel comprising a wheel footprint, wherein the wheel is located within the front portion of the vehicle;

a cabin located within the vehicle body, wherein the cabin comprises a cabin interior configured to accommodate at least one person; and

a windshield at the front of the vehicle, wherein the windshield is configured to provide a visual line of sight from the cabin interior to an exterior of the vehicle;

wherein the windshield extends across the front and wraps onto a portion of at least one of the first side or the second side; and

wherein the wheel footprint is located directly below the windshield.

**24**. The vehicle of claim **23**, wherein the vehicle is an electric vehicle comprising a battery pack that is coupled to an electric drive train.

**25**. The vehicle of claim **23**, wherein the vehicle comprises a combustion engine configured to generate power by using combustion energy of fuel.

**26**. The vehicle of claim **23**, wherein the windshield comprises a single piece of transparent substrate.

**27**. The vehicle of claim **23**, wherein the windshield comprises a plurality of pieces of transparent substrate.

**28**. The vehicle of claim **23**, wherein the vehicle body comprises an aerodynamic curvature.

**29**. The vehicle of claim **28**, wherein the windshield is molded to conform to the aerodynamic curvature.

**30**. The vehicle of claim **23**, wherein the windshield comprises an upper length along the top length of the windshield and a lower length along the lower length of the vehicle, and wherein the upper length is shorter than the lower length.

**31**. The vehicle of claim **23**, wherein the vehicle further comprises a door disposed in at least one of the first side or the second side and wherein the door comprises a door window.

**32**. The vehicle of claim **31**, wherein the door is a sliding door.

**33**. The vehicle of claim **31**, wherein the door window lines up with an end portion of the windshield when the door is closed.

**34**. The vehicle of claim **33**, wherein the windshield and the door window form a continuous field of view from the interior of the cabin to the exterior of the vehicle when the door is closed.

**35**. The vehicle of claim **23**, wherein the vehicle is a semi-truck.

**36**. The vehicle of claim **23**, wherein the vehicle may further comprise a front bumper, wherein an angle is formed between the front bumper of the vehicle a plane of the windshield.

**37**. The vehicle of claim **1**, wherein the vehicle may further comprise a front bumper, wherein an angle is formed between the front bumper of the vehicle a plane of the windshield.

* * * * *

EXHIBIT 5

| D'004 Patent Design[1] | Accused Tesla Design[2] |
|---|---|
|  | |

[1] (*See* FAC, Ex. 4 at Figs. 1, 4.)

[2] These photographs are authenticated by the Luecht Declaration (*see* Luecht Decl. at ¶¶ 2-3, Ex. A).

1

| D'004 Patent Design[1] | Accused Tesla Design[2] |
|---|---|
|  | |

| D'004 Patent Design[1] | Accused Tesla Design[2] |
|---|---|
|  | |

| D'004 Patent Design[3] | Accused Tesla Design[4] |
|---|---|
|  | |

---

[3] (*See* FAC, Ex. 4 at Figs. 1, 4.)

[4] These pictures are from the Amended Complaint.

| D'004 Patent Design[3] | Accused Tesla Design[4] |
|---|---|
|  | |

EXHIBIT 6

| D'944 Patent Design[1] | Accused Tesla Design[2] |
|---|---|
|  | |

---

[1] (*See* FAC, Ex. 2 at Figs. 2, 5, 6.)

[2] These photographs are authenticated by the Luecht Declaration (*see* Luecht Decl. at ¶¶ 2-3, Ex. A).

1



Right Angles And Flat Across The Back

Deeply Curved Across The Back



2



Right Angles And Flat Across The Back

Deeply Curved Across The Back



Back Of
Claimed
Design Is
Entirely Flat



Back Of Tesla
Semi Is Cutout







D'944 Patent Design[3]

Large Radius Of Curvature And Elongated Cab Portion

Overall Shape Entirely Dissimilar

Notch In Otherwise Smooth Front-End At Base Of Windshield

Hard Right Angle

Fuselage Raised From Ground Above Multiple Step Ups

Eagle Beak Front End

---

[3] (*See* FAC, Ex. 2 at Fig. 4.)

| Accused Tesla Design[4] |
|---|



Small Radius Of Curvature
And Short Cab Portion

Overall Shape
Entirely
Dissimilar

No Notch At Base Of
Windshield, Leaving
A Completely
Smooth Front-End

Prominent
Cutout Rather
Than Hard
Right Angle

Fuselage Close
To Ground

No Beak-Like Curvature

---

[4] This photograph is authenticated by the Luecht Declaration (*see* Luecht Decl. at ¶¶ 2-3, Ex. A).



D'944 Patent Design[5]

Large Radius Of Curvature And Elongated Cab Portion

Overall Shape Entirely Dissimilar

Notch In Otherwise Smooth Front-End At Base Of Windshield

Hard Right Angle

Fuselage Raised From Ground Above Multiple Step Ups

Eagle Beak Front End

---

[5] (*See* FAC, Ex. 2 at Fig. 4.)

Accused Tesla Design[6]



Small Radius Of Curvature
And Short Cab Portion

Overall Shape
Entirely
Dissimilar

No Notch At Base Of
Windshield, Leaving A
Completely Smooth
Front-End

Prominent
Cutout Rather
Than Hard
Right Angle

Fuselage Close
To Ground

No Beak-Like Curvature

---

[6] This picture is from the Amended Complaint.



D'944 Patent Design[7]

Large Radius Of Curvature And Elongated Cab Portion

Overall Shape Entirely Dissimilar

Notch In Otherwise Smooth Front-End At Base Of Windshield

Hard Right Angle

Fuselage Raised From Ground Above Multiple Step Ups

Eagle Beak Front End

---

[7] (*See* FAC, Ex. 2 at Fig. 4.)

| Accused Tesla Design[8] |
| --- |
|  |

[8] This picture is from the Amended Complaint.

EXHIBIT 7

| D'968 Patent Design[1] | Accused Tesla Design[2] |
|---|---|
|  | |

---

[1] (*See* FAC, Ex. 3 at Fig. 5.)

[2] These photographs are authenticated by the Luecht Declaration (*see* Luecht Decl. at ¶¶ 2-3, Ex. A).

1

| D'968 Patent Design[1] | Accused Tesla Design[2] |
|---|---|
| |  |

| D'968 Patent Design[1] | Accused Tesla Design[2] |
|---|---|
| |  |

| D'968 Patent Design[1] | Accused Tesla Design[2] |
| --- | --- |
|  | |

| D'968 Patent Design[3] | Accused Tesla Design[4] |
|---|---|
|  | |

[3] (*See* FAC, Ex. 3 at Figs. 1, 4.)

[4] These pictures are from the Amended Complaint.

| D'968 Patent Design[3] | Accused Tesla Design[4] |
|---|---|
|  | |

## EXHIBIT INDEX TO DECLARATION OF AMIT MAKKER

| Exhibit No. | Description |
| --- | --- |
| 1 | U.S. Patent No. D816,004 |
| 2 | U.S. Patent No. D811,944 |
| 3 | U.S. Patent No. D811,968 |
| 4 | U.S. Patent Application Publication No. 2018/0001942A1 |
| 5 | Additional side-by-side comparisons of the design claimed in U.S. Patent No. D816,004 with the Tesla Semi, including images of the Tesla Semi in the Amended Complaint |
| 6 | Additional side-by-side comparisons of the design claimed in U.S. Patent No. D811,944 with the Tesla Semi, including images of the Tesla Semi in the Amended Complaint |
| 7 | Additional side-by-side comparisons of the design claimed in U.S. Patent No. D811,968 with the Tesla Semi, including images of the Tesla Semi in the Amended Complaint |