1  Eric M. Fraser, No. 027241
   Colin M. Proksel, No. 034133
2  OSBORN MALEDON, P.A.
   2929 N. Central Avenue, Suite 2100
3  Phoenix, Arizona  85012-2793
   (602) 640-9000
4  efraser@omlaw.com
   cproksel@omlaw.com
5

6

7  Perry J. Viscounty, *admitted pro hac vice*      Matthew J. Moore, *admitted pro hac vice*
   Amit Makker, *admitted pro hac vice*             LATHAM & WATKINS LLP
8  LATHAM & WATKINS LLP                             555 Eleventh Street, NW Suite 1000
   505 Montgomery Street, Suite 2000                Washington, DC 20004-1304
9  San Francisco, California  94111-6538            (202) 637-2200
   (415) 391-0600                                   matthew.moore@lw.com
10 perry.viscounty@lw.com
   amit.makker@lw.com
11
   Clement J. Naples, *admitted pro hac vice*
12 LATHAM & WATKINS LLP
   885 Third Avenue
13 New York, NY 10022-4834
   (212) 906-1200
14 clement.naples@lw.com

15 Attorneys for Defendant Tesla, Inc.

16                    IN THE UNITED STATES DISTRICT COURT

17                        FOR THE DISTRICT OF ARIZONA

18

19

20 Nikola Corporation, a Delaware          No. CV-18-01344-PHX-GMS
   corporation,
21                                         **DEFENDANT TESLA, INC.'S**
                    Plaintiff,             **ANSWER TO AMENDED**
22                                         **COMPLAINT**
23 v.

24 Tesla, Inc., a Delaware corporation,    **DEMAND FOR JURY TRIAL**

25                    Defendant.

26

27      For its Answer to Plaintiff's Amended Complaint, Defendant Tesla, Inc. admits,

28 denies, and alleges as follows:

1.     Tesla lacks knowledge or information sufficient to form a belief as to the truth of the matters alleged in Paragraph 1, and therefore denies all allegations and/or legal conclusions contained therein.

2.     Tesla lacks knowledge or information sufficient to form a belief as to the truth of the matters alleged in Paragraph 2, and therefore denies all allegations and/or legal conclusions contained therein.

3.     Tesla admits that by May 10, 2016 there were public articles discussing Nikola's semi-truck announcement.  Tesla lacks knowledge or information sufficient to form a belief as to the truth of the remaining matters alleged in Paragraph 3, and therefore denies any and all remaining allegations and/or legal conclusions contained in Paragraph 3.

4.     Tesla lacks knowledge or information sufficient to form a belief as to the truth of the matters alleged in Paragraph 4, and therefore denies all allegations and/or legal conclusions contained therein.

5.     Denied as phrased.  Tesla admits that as of May 9, 2016, Tesla had not publicly announced that it was considering building a class 8 semi-truck.

6.     Tesla lacks knowledge or information sufficient to form a belief as to the truth of the matters alleged in Paragraph 6, and therefore denies all allegations and/or legal conclusions contained therein.

7.     Tesla admits that on December 1, 2016 Nikola announced its semi-truck proto type.  Tesla lacks knowledge or information sufficient to form a belief as to the truth of the remaining matters alleged in Paragraph 7, and therefore denies any and all remaining allegations and/or legal conclusions contained in Paragraph 7.

8.     Tesla lacks knowledge or information sufficient to form a belief as to the truth of the matters alleged in Paragraph 8, and therefore denies all allegations and/or legal conclusions contained therein.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

9.      Denied as phrased.  Tesla admits that for the three month period ending June 30, 2016, Tesla reported in its 10-Q that it had a comprehensive loss of $272,560,000.

10.      Tesla admits that on July 20, 2016, Elon Musk, Tesla's CEO, posted on Tesla's blog that "heavy-duty trucks" were "in the early stages of development at Tesla and should be ready for unveiling next year."  Tesla lacks knowledge or information sufficient to form a belief as to the truth of the remaining matters alleged in Paragraph 10, and therefore denies any and all remaining allegations and/or legal conclusions contained in Paragraph 10.

11.      Tesla admits that on September 22, 2106, Aaron Hoyos sent a message via LinkedIn to Kevin Lynk and that Paragraph 11 purports to quote portions of that message.  Tesla denies that Paragraph 11 accurately or fully describes this message or its context.  Tesla lacks knowledge or information sufficient to form a belief as to the truth of the remaining matters alleged in Paragraph 11, and therefore denies any and all remaining allegations and/or legal conclusions contained in Paragraph 11.

12.      Tesla lacks knowledge or information sufficient to form a belief as to the truth of the matters alleged in Paragraph 12, and therefore denies all allegations and/or legal conclusions contained therein.

13.      Tesla admits that as of April 28, 2017, it did not have any issued design patents based on its Tesla Semi.  Tesla admits that as of April 28, 2017, it had not publicly announced that it was seeking any design patent based on its Tesla Semi.  Tesla lacks knowledge or information sufficient to form a belief as to the truth of the remaining matters alleged in Paragraph 13, and therefore denies any and all remaining allegations and/or legal conclusions contained in Paragraph 13.

14.      Tesla admits that on April 28, 2017, during a TED conference in Vancouver, Elon Musk shared an image showing a darkened silhouette of the Tesla Semi from the front with the headlights on.  Tesla denies any and all remaining allegations and/or legal conclusions contained in Paragraph 14.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

15.     Tesla admits that it received a letter from Nikola dated November 7, 2017 and that Paragraph 15 purports to summarize portions of that letter.  Tesla admits that Nikola purports to attach a copy of that letter to the Amended Complaint as Exhibit 1. Tesla admits that it did not respond to this letter.  Tesla denies any and all remaining allegations and/or legal conclusions contained in Paragraph 15.

16.     Tesla admits that on November 16, 2017, Tesla held an event in Hawthorne, California and displayed two prototypes of the Tesla Semi.  Tesla admits that the event was attended by journalists, industry leaders, potential customers, and Tesla employees.  Tesla admits that the event was streamed online.  Tesla admits that prior to November 16, 2017, Tesla received orders for its Tesla Semi.  Tesla admits that on November 17, 2017, Tesla's market capitalization was around $52.95 billion.  Tesla lacks knowledge or information sufficient to form a belief as to the truth of the remaining matters alleged in Paragraph 16, and therefore denies any and all remaining allegations and/or legal conclusions contained in Paragraph 16.

17.     Tesla denies any and all allegations and/or legal conclusions contained in Paragraph 17.

18.     Tesla admits that Exhibits 2, 3, and 4 to the Amended Complaint purport to be copies of design patents issued by the United States Patent and Trademark Office. Tesla lacks knowledge or information sufficient to form a belief as to the truth of the remaining matters alleged in Paragraph 18, and therefore denies any and all remaining allegations and/or legal conclusions contained in Paragraph 18.

19.     Tesla denies any and all allegations and/or legal conclusions contained in Paragraph 19 and specifically denies any wrongdoing or infringement.  To the extent the pictures included in the Amended Complaint after Paragraph 19 constitute allegations of fact, Tesla cannot verify the origin or veracity of those pictures and therefore denies that those pictures support any allegations in the Amended Complaint.

20.     Tesla admits that it has made statements about the view drivers have from the driver's seat of the Tesla Semi.  Tesla denies any and all remaining allegations and/or

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

legal conclusions contained in Paragraph 20 and specifically denies any wrongdoing or infringement.

21.     Tesla admits that it has made statements regarding the aerodynamic design of the Tesla Semi and that it has made statements that the Tesla Semi has a drag coefficient of around 0.36.  Tesla lacks knowledge or information sufficient to form a belief as to the truth of the allegations regarding the drag coefficient of the Nikola One, and therefore denies them.  Tesla denies any and all remaining allegations and/or legal conclusions contained in Paragraph 21 and specifically denies any wrongdoing or infringement.

22.     Tesla admits that the Tesla Semi has a door and has made statements regarding a user's ability to access the vehicle.  Tesla lacks knowledge or information sufficient to form a belief as to the truth of the remaining matters alleged in Paragraph 22, and therefore denies any and all remaining allegations and/or legal conclusions contained in Paragraph 22 and specifically denies any wrongdoing or infringement.

23.     Tesla denies any and all allegations and/or legal conclusions contained in Paragraph 23 and specifically denies any wrongdoing or infringement.

24.     Tesla denies any and all allegations and/or legal conclusions contained in Paragraph 24 and specifically denies any wrongdoing or infringement.

25.     Tesla denies any and all allegations and/or legal conclusions contained in Paragraph 25 and specifically denies any wrongdoing or infringement and further denies that Nikola is entitled to any relief through this lawsuit.

26.     Tesla lacks knowledge or information sufficient to form a belief as to the truth of the matters alleged in Paragraph 26, and therefore denies all allegations and/or legal conclusions contained therein.

27.     Tesla admits that it is a Delaware corporation with its principal place of business at 3500 Deer Creek Road, Palo Alto, California.

28.     Tesla admits that Nikola purports to state claims for alleged violations of the Patent Act, Title 35 of the United States Code, but denies that Nikola's Amended

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    Complaint properly states such claims, and specifically denies any wrongdoing or

2    infringement.

3          29.    Tesla admits that Nikola purports to base federal jurisdiction under 28

4    U.S.C. §§ 1331 and 1338.  Tesla denies any and all remaining allegations and/or legal

5    conclusions contained in Paragraph 29.

6          30.    Tesla admits that it offers the Tesla Semi for sale nationwide, including

7    Arizona.   Tesla denies any and all remaining allegations and/or legal conclusions

8    contained in Paragraph 30 and specifically denies any wrongdoing or infringement.

9          31.    Tesla admits that Nikola purports to base venue under 28 U.S.C. § 1400(b).

10   Tesla admits that it maintains two showrooms and two service centers in this District.

11   Tesla admits that it offers the Tesla Semi for sale nationwide, including in this District.

12   Tesla denies any and all remaining allegations and/or legal conclusions contained in

13   Paragraph 31 and specifically denies any wrongdoing or infringement.

14         32.    Tesla lacks knowledge or information sufficient to form a belief as to the

15   truth of the matters alleged in Paragraph 32, and therefore denies all allegations and/or

16   legal conclusions contained therein.

17         33.    Tesla lacks knowledge or information sufficient to form a belief as to the

18   truth of the matters alleged in Paragraph 33, and therefore denies all allegations and/or

19   legal conclusions contained therein.

20         34.    Tesla lacks knowledge or information sufficient to form a belief as to the

21   truth of the matters alleged in Paragraph 34, and therefore denies all allegations and/or

22   legal conclusions contained therein.

23         35.    Tesla lacks knowledge or information sufficient to form a belief as to the

24   truth of the matters alleged in Paragraph 35, and therefore denies all allegations and/or

25   legal conclusions contained therein.

26         36.    Tesla lacks knowledge or information sufficient to form a belief as to the

27   truth of the matters alleged in Paragraph 36, and therefore denies all allegations and/or

28   legal conclusions contained therein.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

37.    Tesla lacks knowledge or information sufficient to form a belief as to the truth of the matters alleged in Paragraph 37, and therefore denies all allegations and/or legal conclusions contained therein.

38.    Tesla lacks knowledge or information sufficient to form a belief as to the truth of the matters alleged in Paragraph 38, and therefore denies all allegations and/or legal conclusions contained therein.

39.    Tesla lacks knowledge or information sufficient to form a belief as to the truth of the matters alleged in Paragraph 39, and therefore denies all allegations and/or legal conclusions contained therein.

40.    Tesla lacks knowledge or information sufficient to form a belief as to the truth of the matters alleged in Paragraph 40, and therefore denies all allegations and/or legal conclusions contained therein.

41.    Tesla lacks knowledge or information sufficient to form a belief as to the truth of the matters alleged in Paragraph 41, and therefore denies all allegations and/or legal conclusions contained therein.

42.    Tesla lacks knowledge or information sufficient to form a belief as to the truth of the matters alleged in Paragraph 42, and therefore denies all allegations and/or legal conclusions contained therein.

43.    Tesla admits that by May 10, 2016 there were public articles discussing Nikola's semi-truck announcement.  Tesla lacks knowledge or information sufficient to form a belief as to the truth of the remaining matters alleged in Paragraph 43, and therefore denies any and all remaining allegations and/or legal conclusions contained in Paragraph 43.  To the extent the picture included in the Amended Complaint after Paragraph 43 constitutes allegations of fact, Tesla cannot verify the origin or veracity of that picture and therefore denies that that picture supports any allegations in the Amended Complaint.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

44.     Tesla lacks knowledge or information sufficient to form a belief as to the truth of the matters alleged in Paragraph 44, and therefore denies all allegations and/or legal conclusions contained therein.

45.     Tesla admits that various websites reported on Nikola's semi-truck and that Paragraph 45 purports to summarize certain reports.   Tesla lacks knowledge or information sufficient to form a belief as to the truth of the remaining matters alleged in Paragraph 45, and therefore denies any and all remaining allegations and/or legal conclusions contained in Paragraph 45.

46.     Tesla lacks knowledge or information sufficient to form a belief as to the truth of the matters alleged in Paragraph 46, and therefore denies any and all allegations and/or legal conclusions contained in Paragraph 46.

47.     Tesla admits that as of June 13, 2016, it had not publicly announced that it was going to build the Tesla Semi.  Tesla admits that as of June 13, 2016, it had not filed any design patent applications based on its Tesla Semi.   Tesla denies any and all remaining allegations and/or legal conclusions contained in Paragraph 47.

48.     Tesla admits that Nikola held an event on December 1, 2016.  Tesla lacks knowledge or information sufficient to form a belief as to the truth of the remaining matters alleged in Paragraph 48, and therefore denies any and all remaining allegations and/or legal conclusions contained in Paragraph 48.

49.     Tesla lacks knowledge or information sufficient to form a belief as to the truth of the matters alleged in Paragraph 49, and therefore denies any and all allegations and/or legal conclusions contained in Paragraph 49.

50.     Tesla lacks knowledge or information sufficient to form a belief as to the truth of the matters alleged in Paragraph 50, and therefore denies any and all allegations and/or legal conclusions contained in Paragraph 50.

51.     Tesla lacks knowledge or information sufficient to form a belief as to the truth of the matters alleged in Paragraph 51, and therefore denies all allegations and/or legal conclusions contained therein.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

52.     Tesla lacks knowledge or information sufficient to form a belief as to the truth of the matters alleged in Paragraph 52, and therefore denies all allegations and/or legal conclusions contained therein.

53.     Tesla admits that Nikola's semi-truck is not publicly available as of the filing date of this Answer.  Tesla lacks knowledge or information sufficient to form a belief as to the truth of the remaining matters alleged in Paragraph 53, and therefore denies any and all remaining allegations and/or legal conclusions contained in Paragraph 53.

54.     Denied as phrased.  Tesla admits that as of June 13, 2016, it had not publicly announced that it was considering building the Tesla Semi.

55.     Tesla admits that for the period ending June 30, 2016, Tesla reported in its Form 10-Q a net loss of over $293 million over three months and over $575 million net loss for the six months that ended on June 30, 2016.  Tesla lacks knowledge or information sufficient to form a belief as to the truth of the remaining matters alleged in Paragraph 55, and therefore denies any and all remaining allegations and/or legal conclusions contained in Paragraph 55.

56.     Tesla admits that it released its 2016 Master Plan, Part Deux on July 20, 2016 and therein stated that "heavy-duty trucks" "are in the early stages of development at Tesla and should be ready for unveiling next year."  Tesla lacks knowledge or information sufficient to form a belief as to the truth of the remaining matters alleged in Paragraph 56, and therefore denies any and all remaining allegations and/or legal conclusions contained in Paragraph 56.

57.     Tesla admits that on September 22, 2016, Aaron Hoyos sent a message via LinkedIn to Kevin Lynk and that Paragraph 57 purports to quote portions of the message. Tesla denies that Paragraph 57 accurately or fully describes this message or its context. Tesla lacks knowledge or information sufficient to form a belief as to the truth of the remaining matters alleged in Paragraph 57, and therefore denies any and all remaining allegations and/or legal conclusions contained in Paragraph 57.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

58.     Tesla admits that on April 13, 2017, Elon Musk, Tesla's CEO, tweeted that "Tesla Semi truck unveil set for September.  Team has done an amazing job.  Seriously next level."

59.     Tesla admits that Elon Musk was interviewed on April 28, 2017 and during that interview he shared an image showing a darkened silhouette of the Tesla Semi from the front with the headlights on.

60.     Tesla admits that on May 3, 2017, Elon Musk said the following, when asked about the Tesla Semi: "We'll manufacture that ourselves.  And most of that semi is actually made out of Model 3 parts, by the way.  It's Model 3 – it's actually using a bunch of Model 3 motors.  Probably revealing too much about the future of it.  But so we're able to use a very high volume vehicle and then combine several motors to have something that I think is actually going to have a very good gross margin, like it's -- that's just not something that any other -- it's like you can't do that with a traditional truck.  So effectively it allows us to have a very compelling product that has a low unit cost."

61.     Tesla lacks knowledge or information sufficient to form a belief as to the truth of the matters alleged in Paragraph 61, and therefore denies all allegations and/or legal conclusions contained therein.  To the extent the picture included in the Amended Complaint after Paragraph 61 constitutes allegations of fact, Tesla cannot verify the origin or veracity of that picture and therefore denies that that picture supports any allegations in the Amended Complaint.

62.     Tesla admits that it received a letter from Nikola dated November 7, 2017 and that Paragraph 62 purports to summarize portions of that letter.  Tesla admits that Nikola purports to attach a copy of that letter to the Amended Complaint as Exhibit 1.  Tesla denies any and all remaining allegations and/or legal conclusions contained in Paragraph 62 and specifically denies any wrongdoing or infringement.

63.     Tesla admits that it held an event on November 16, 2017 at which Tesla unveiled its Tesla Semi.  Tesla admits that journalists, industry partners, customers,

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  employees, and government leaders attended this event.  Tesla lacks knowledge or

2  information sufficient to form a belief as to the truth of the remaining matters alleged in

3  Paragraph 63, and therefore denies any and all remaining allegations and/or legal

4  conclusions contained in Paragraph 63.

5      64.    Tesla admits that it has announced that it expects to release the Tesla Semi

6  in 2019.

7      65.    Tesla admits that it began accepting reservations for the Tesla Semi prior to

8  November 16, 2017.  Tesla admits that various companies in different industries have

9  made reservations for the Tesla Semi.  Tesla admits that it has received orders for Tesla

10  Semis that total more than $215 million in value.  Tesla denies any and all remaining

11  allegations and/or legal conclusions contained in Paragraph 65.

12      66.    Tesla admits that on March 7, 2018, Elon Musk posted on Instagram that

13  Tesla was using its Tesla Semis to carry battery packs from Tesla's Gigafactory in

14  Nevada to Tesla's car factory in California.  Tesla denies any and all remaining

15  allegations and/or legal conclusions contained in Paragraph 66.

16      67.    Tesla admits that on November 1, 2017, it announced that it would report a

17  $619 million net (loss) income attributable to common Stockholders for the quarter.

18  Tesla admits that its stock price dropped from over $321 on November 1, 2017 to less

19  than $300 on November 2, 2017.  Tesla denies any and all remaining allegations and/or

20  legal conclusions contained in Paragraph 67.

21      68.    Tesla admits that the week before November 16, 2017, its stock price was

22  $302.99 and that on November 17, 2017, its stock price was $315.05.  Tesla admits that

23  this change in stock price represents around a $2 billion increase in Tesla's market

24  capitalization at that time.  Tesla lacks knowledge or information sufficient to form a

25  belief as to the truth of the remaining matters alleged in Paragraph 68, and therefore

26  denies any and all remaining allegations and/or legal conclusions contained in Paragraph

27  68.

28      69.    Tesla admits that its operations are funded in part by reservation deposits.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

70.     Tesla admits that the Amended Complaint purports to assert infringement of three patents (the "Asserted Patents"), which are titled, respectively, "Fuselage," "Side Door," and "Wrap Windshield."  Tesla lacks knowledge or information sufficient to form a belief as to the truth of the remaining matters alleged in Paragraph 70, and therefore denies any and all remaining allegations and/or legal conclusions contained in Paragraph 70.

71.     Tesla admits that Exhibit 2 purports to be a copy of U.S. Patent No. D811,944 (the "'D944 patent").  Tesla admits that the 'D944 patent is entitled "Fuselage" and indicates that it issued on March 6, 2018.  Tesla admits that the Amended Complaint includes a figure after Paragraph 71 that appears to come from the 'D944 patent.  Tesla denies any and all remaining allegations and/or legal conclusions contained in Paragraph 71.

72.     Tesla admits that Exhibit 3 purports to be a copy of U.S. Patent No. D811,968 (the "'D968 patent").  Tesla admits that the 'D968 patent is entitled "Wrap Windshield" and indicates that it issued on March 6, 2018.  Tesla admits that the Amended Complaint includes a figure after Paragraph 72 that appears to come from the 'D968 patent.  Tesla denies any and all remaining allegations and/or legal conclusions contained in Paragraph 72.

73.     Tesla admits that Exhibit 4 purports to be a copy of U.S. Patent No. D816,004 (the "'D004 patent").  Tesla admits that the 'D004 patent is entitled "Side Door" and indicates that it issued on April 24, 2018.  Tesla admits that the Amended Complaint includes a figure after Paragraph 73 that appears to come from the 'D004 patent.  Tesla denies any and all remaining allegations and/or legal conclusions contained in Paragraph 73.

74.     Tesla lacks knowledge or information sufficient to form a belief as to the truth of the matters alleged in Paragraph 74, and therefore denies all allegations and/or legal conclusions contained therein.

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
SAN FRANCISCO

75.     Tesla lacks knowledge or information sufficient to form a belief as to the truth of the matters alleged in Paragraph 75, and therefore denies all allegations and/or legal conclusions contained therein.

76.     Tesla admits that it received a letter from Nikola dated November 7, 2017 and that Paragraph 76 purports to summarize portions of that letter.  Tesla admits that Nikola purports to attach a copy of that letter to the Amended Complaint as Exhibit 1. Tesla denies any and all remaining allegations and/or legal conclusions contained in Paragraph 76 and specifically denies any wrongdoing or infringement.

77.     Tesla lacks knowledge or information sufficient to form a belief as to the truth of the matters alleged in Paragraph 77, and therefore denies all allegations and/or legal conclusions contained therein.

78.     Tesla denies any and all allegations and/or legal conclusions contained in Paragraph 78 and specifically denies any wrongdoing or infringement.

79.     Tesla denies any and all allegations and/or legal conclusions contained in Paragraph 79 and specifically denies any wrongdoing or infringement.  To the extent the pictures included in the Amended Complaint after Paragraph 79 constitute allegations of fact, Tesla cannot verify the origin or veracity of those pictures and therefore denies that those pictures support any allegations in the Amended Complaint.

80.     Tesla admits that the Amended Complaint includes a figure after Paragraph 80 that appears to come from the 'D944 patent.  Tesla denies any and all remaining allegations and/or legal conclusions contained in Paragraph 80.

81.     Tesla lacks knowledge or information sufficient to form a belief as to the truth of the matters alleged in Paragraph 81, and therefore denies all allegations and/or legal conclusions contained therein.  To the extent the picture included in the Amended Complaint after Paragraph 81 constitutes allegations of fact, Tesla cannot verify the origin or veracity of that picture and therefore denies that that picture supports any allegations in the Amended Complaint.

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
SAN FRANCISCO

82.     Tesla admits the Tesla Semi has a fuselage.  Tesla denies any and all remaining allegations and/or legal conclusions contained in Paragraph 82 and specifically denies any wrongdoing or infringement.  To the extent the pictures included in the Amended Complaint after Paragraph 82 constitute allegations of fact, Tesla cannot verify the origin or veracity of those pictures and therefore denies that those pictures support any allegations in the Amended Complaint.

83.     Tesla denies any and all allegations and/or legal conclusions contained in Paragraph 83 and specifically denies any wrongdoing or infringement.

84.     Tesla admits that Nikola has described its semi-truck as aerodynamic. Tesla lacks knowledge or information sufficient to form a belief as to the truth of the remaining matters alleged in Paragraph 84, and therefore denies any and all remaining allegations and/or legal conclusions contained in Paragraph 84.

85.     Tesla lacks knowledge or information sufficient to form a belief as to the truth of the matters alleged in Paragraph 85, and therefore denies all allegations and/or legal conclusions contained therein.

86.     Tesla admits that on November 16, 2017, Elon Musk said that Tesla "designed the Tesla truck to be like a bullet" and mentioned the "bullet-shaped nose." Tesla denies any and all remaining allegations and/or legal conclusions contained in Paragraph 86.

87.     Tesla admits that on November 16, 2017, Elon Musk noted that the Tesla Semi has a drag coefficient of 0.36 and noted that this was better that the 0.38 drag coefficient attributed to a Bugatti Chiron.  Tesla denies any and all remaining allegations and/or legal conclusions contained in Paragraph 87.

88.     Tesla admits that Jerome Guillen said at an event on November 25, 2017 in the Netherlands that the Tesla Semi looks like the TGV, the Eurostar, or a bullet train. Tesla denies any and all remaining allegations and/or legal conclusions contained in Paragraph 88.

LATHAM&WATKINSᴸᴸᴾ
ATTORNEYS AT LAW
SAN FRANCISCO

89.     Tesla admits that at the event on November 16, 2017, Elon Musk noted the "spacious interior" of the Tesla Semi design and the screen included the words "expansive cockpit interior."  To the extent Nikola alleges that the quoted language was stated during the November 25, 2017 event in the Netherlands, Tesla denies those allegations.  Tesla denies any and all remaining allegations and/or legal conclusions contained in Paragraph 89.

90.     Tesla denies any and all allegations and/or legal conclusions contained in Paragraph 90 and specifically denies any wrongdoing or infringement.  To the extent the pictures included in the Amended Complaint after Paragraph 90 constitute allegations of fact, Tesla cannot verify the origin or veracity of those pictures and therefore denies that those pictures support any allegations in the Amended Complaint.

91.     Tesla admits that the Amended Complaint includes a figure after Paragraph 91 that appears to come from the 'D968 patent.  Tesla denies any and all remaining allegations and/or legal conclusions contained in Paragraph 91.

92.     Tesla lacks knowledge or information sufficient to form a belief as to the truth of the matters alleged in Paragraph 92, and therefore denies all allegations and/or legal conclusions contained therein.  To the extent the picture included in the Amended Complaint after Paragraph 92 constitutes allegations of fact, Tesla cannot verify the origin or veracity of that picture and therefore denies that that picture supports any allegations in the Amended Complaint.

93.     Tesla admits that the Tesla Semi has a windshield.  Tesla denies any and all remaining allegations and/or legal conclusions contained in Paragraph 93 and specifically denies any wrongdoing or infringement.  To the extent the pictures included in the Amended Complaint after Paragraph 93 constitute allegations of fact, Tesla cannot verify the origin or veracity of those pictures and therefore denies that those pictures support any allegations in the Amended Complaint.

94.     Tesla denies any and all allegations and/or legal conclusions contained in Paragraph 94 and specifically denies any wrongdoing or infringement.

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
SAN FRANCISCO

95.    Tesla lacks knowledge or information sufficient to form a belief as to the truth of the matters alleged in Paragraph 95, and therefore denies all allegations and/or legal conclusions contained therein.

96.    Tesla admits that on November 16, 2017, Elon Musk said the driver had "complete visibility of the road and all the surroundings."  Tesla denies that Elon Musk specifically referenced a "wrap windshield" or that Elon Musk stated that the driver has complete visibility "in part, because of the wrap windshield."  Tesla denies any and all remaining allegations and/or legal conclusions contained in Paragraph 96 and specifically denies any wrongdoing or infringement.

97.    Tesla lacks knowledge or information sufficient to form a belief as to the truth of the matters alleged in Paragraph 97, and therefore denies all allegations and/or legal conclusions contained therein.  To the extent the pictures included in the Amended Complaint after Paragraph 97 constitute allegations of fact, Tesla cannot verify the origin or veracity of those pictures and therefore denies that those pictures support any allegations in the Amended Complaint.

98.    Tesla denies any and all allegations and/or legal conclusions contained in Paragraph 98 and specifically denies any wrongdoing or infringement.  To the extent the pictures included in the Amended Complaint after Paragraph 98 constitute allegations of fact, Tesla cannot verify the origin or veracity of those pictures and therefore denies that those pictures support any allegations in the Amended Complaint.

99.    Tesla admits that the Amended Complaint includes a figure after Paragraph 99 that appears to come from the 'D004 patent.  Tesla denies any and all remaining allegations and/or legal conclusions contained in Paragraph 99.

100.    Tesla lacks knowledge or information sufficient to form a belief as to the truth of the matters alleged in Paragraph 100, and therefore denies all allegations and/or legal conclusions contained therein.  To the extent the picture included in the Amended Complaint after Paragraph 100 constitutes allegations of fact, Tesla cannot verify the

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
SAN FRANCISCO

1   origin or veracity of that picture and therefore denies that that pictures supports any

2   allegations in the Amended Complaint.

3       101.   Tesla admits that the Tesla Semi has a door. Tesla denies any and all

4   remaining allegations and/or legal conclusions contained in Paragraph 101 and

5   specifically denies any wrongdoing or infringement.  To the extent the pictures included

6   in the Amended Complaint after Paragraph 101 constitute allegations of fact, Tesla

7   cannot verify the origin or veracity of those pictures and therefore denies that those

8   pictures support any allegations in the Amended Complaint.

9       102.   Tesla denies any and all allegations and/or legal conclusions contained in

10  Paragraph 102 and specifically denies any wrongdoing or infringement.

11      103.   Tesla lacks knowledge or information sufficient to form a belief as to the

12  truth of the matters alleged in Paragraph 103, and therefore denies all allegations and/or

13  legal conclusions contained therein.

14      104.   Tesla admits that on November 16, 2017 at the Tesla event, the screen

15  included the words "easy entry and exit."  Tesla denies any and all remaining allegations

16  and/or legal conclusions contained in Paragraph 104.

17      105.   Tesla lacks knowledge or information sufficient to form a belief as to the

18  truth of the matters alleged in Paragraph 105, and therefore denies all allegations and/or

19  legal conclusions contained therein.

20      106.   Tesla denies any and all allegations and/or legal conclusions contained in

21  Paragraph 106 and specifically denies any wrongdoing or infringement.  To the extent the

22  pictures included in the Amended Complaint after Paragraph 106 constitute allegations of

23  fact, Tesla cannot verify the origin or veracity of those pictures and therefore denies that

24  those pictures support any allegations in the Amended Complaint.

25      107.   Tesla lacks knowledge or information sufficient to form a belief as to the

26  truth of the matters alleged in Paragraph 107, and therefore denies all allegations and/or

27  legal conclusions contained therein and specifically denies any wrongdoing or

28  infringement.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

108.   Tesla lacks knowledge or information sufficient to form a belief as to the truth of the matters alleged in Paragraph 108, and therefore denies all allegations and/or legal conclusions contained therein.

109.   Tesla admits Nikola's semi-truck is advertised as an electric-hydrogen hybrid.  Tesla lacks knowledge or information sufficient to form a belief as to the truth of the remaining matters alleged in Paragraph 109, and therefore denies any and all remaining allegations and/or legal conclusions contained in Paragraph 109.

110.   Tesla admits the drag coefficient of some diesel trucks is in the range of 0.65-0.70.  Tesla lacks knowledge or information sufficient to form a belief as to the truth of the remaining matters alleged in Paragraph 110, and therefore denies any and all remaining allegations and/or legal conclusions contained in Paragraph 110.

111.   Tesla admits that Nikola announced it was going to build hydrogen-fueling stations.  Tesla lacks knowledge or information sufficient to form a belief as to the truth of the remaining matters alleged in Paragraph 111, and therefore denies any and all remaining allegations and/or legal conclusions contained in Paragraph 111.

112.   Tesla admits that Nikola advertised its semi-truck to have a 700-1,000 mile range.  Tesla lacks knowledge or information sufficient to form a belief as to the truth of the remaining matters alleged in Paragraph 112, and therefore denies any and all remaining allegations and/or legal conclusions contained in Paragraph 112.

113.   Tesla admits that some diesel semi-trucks take roughly 15-20 minutes to refuel and that Nikola advertised its semi-truck as having fast refueling.  Tesla lacks knowledge or information sufficient to form a belief as to the truth of the remaining matters alleged in Paragraph 113, and therefore denies any and all remaining allegations and/or legal conclusions contained in Paragraph 113.

114.   Tesla lacks knowledge or information sufficient to form a belief as to the truth of the matters alleged in Paragraph 114, and therefore denies all allegations and/or legal conclusions contained therein.

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
SAN FRANCISCO

115.   Tesla lacks knowledge or information sufficient to form a belief as to the truth of the matters alleged in Paragraph 115, and therefore denies all allegations and/or legal conclusions contained therein.

116.   Tesla admits that Nikola has advertised partnering with trucking companies.  Tesla lacks knowledge or information sufficient to form a belief as to the truth of the remaining matters alleged in Paragraph 116, and therefore denies any and all remaining allegations and/or legal conclusions contained in Paragraph 116.

117.   Tesla admits that it is accepting reservations for the Tesla Semi.  Tesla admits that the Tesla Semi is electric.  Tesla admits that the Tesla Semi is advertised to have a maximum range of 500 miles.  Tesla denies any and all remaining allegations and/or legal conclusions contained in Paragraph 117.

118.   Tesla admits that the aerodynamics of the Tesla Semi are factors in achieving the 500 mile range estimate.  Tesla admits that the aerodynamics of its other vehicles are factors in achieving their maximum range.  Tesla denies any and all remaining allegations and/or legal conclusions contained in Paragraph 118.

119.   Tesla admits that the Tesla Semi uses battery packs to achieve a 500 mile range.  Tesla denies any and all remaining allegations and/or legal conclusions contained in Paragraph 119.

120.   Tesla admits that it has advertised that the Tesla Semi will take 30 minutes to charge.

121.   Tesla admits that as of June 20, 2018, it offers the Tesla Semi for between $150,000 and $180,000 as the base price, and $200,000 as the expected founders series price.

122.   Tesla admits that it began accepting reservations for the Tesla Semi prior to November 16, 2017.  Tesla admits that it has received orders for Tesla Semis that total more than $200 million in value.  Tesla denies any and all remaining allegations and/or legal conclusions contained in Paragraph 122.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

123.   Tesla admits that the week before November 16, 2017, its stock price was $302.99 and that on November 17, 2017, its stock price was $315.05.  Tesla admits that this change in stock price represents around a $2 billion increase in Tesla's market capitalization at that time.  Tesla lacks knowledge or information sufficient to form a belief as to the truth of the remaining matters alleged in Paragraph 123, and therefore denies any and all remaining allegations and/or legal conclusions contained in Paragraph 123.

124.   Tesla denies any and all allegations and/or legal conclusions contained in Paragraph 124 and specifically denies any wrongdoing or infringement.

125.   Tesla lacks knowledge or information sufficient to form a belief as to the truth of the matters alleged in Paragraph 125, and therefore denies any and all allegations and/or legal conclusions contained in Paragraph 125.

126.   Tesla lacks knowledge or information sufficient to form a belief as to the truth of the matters alleged in Paragraph 126, and therefore denies any and all allegations and/or legal conclusions contained in Paragraph 126.  To the extent the picture included in the Amended Complaint after Paragraph 126 constitutes allegations of fact, Tesla cannot verify the origin or veracity of that picture and therefore denies that that pictures supports any allegations in the Amended Complaint.

127.   Tesla lacks knowledge or information sufficient to form a belief as to the truth of the matters alleged in Paragraph 127, and therefore denies any and all allegations and/or legal conclusions contained in Paragraph 127.

128.   Tesla lacks knowledge or information sufficient to form a belief as to the truth of the matters alleged in Paragraph 128, and therefore denies any and all allegations and/or legal conclusions contained in Paragraph 128.

129.   Tesla admits that on May 1, 2018, Nikola sued Tesla for alleged infringement of the 'D944, 'D968, and 'D004 patents.  Tesla denies any and all remaining allegations and/or legal conclusions contained in Paragraph 129.

130.    Tesla lacks knowledge or information sufficient to form a belief as to the truth of the matters alleged in Paragraph 130, and therefore denies any and all allegations and/or legal conclusions contained in Paragraph 130.

131.    Tesla denies any and all allegations and/or legal conclusions contained in Paragraph 131 and specifically denies any wrongdoing or infringement.

132.    Tesla lacks knowledge or information sufficient to form a belief as to the truth of the matters alleged in Paragraph 132, and therefore denies all allegations and/or legal conclusions contained therein and specifically denies any wrongdoing or infringement.

133.    Tesla lacks knowledge or information sufficient to form a belief as to the truth of the matters alleged in Paragraph 133, and therefore denies all allegations and/or legal conclusions contained therein and specifically denies any wrongdoing or infringement.

134.    Tesla admits that the Tesla Semi is a pure electric vehicle.  Tesla lacks knowledge or information sufficient to form a belief as to the truth of the remaining matters alleged in Paragraph 134, and therefore denies all remaining allegations and/or legal conclusions contained therein and specifically denies any wrongdoing or infringement.

135.    Tesla denies any and all allegations and/or legal conclusions contained in Paragraph 135 and specifically denies any wrongdoing or infringement.

136.    Tesla denies any and all allegations and/or legal conclusions contained in Paragraph 136 and specifically denies any wrongdoing or infringement.

137.    Tesla incorporates each of its responses to Paragraphs 1-136 as though fully set forth herein.

138.    Tesla denies any and all allegations and/or legal conclusions contained in Paragraph 138 and specifically denies any wrongdoing or infringement.

139.    Tesla denies any and all allegations and/or legal conclusions contained in Paragraph 139 and specifically denies any wrongdoing or infringement.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

140.    Tesla incorporates each of its responses to Paragraphs 1-139 as though fully set forth herein.

141.    Tesla denies any and all allegations and/or legal conclusions contained in Paragraph 141 and specifically denies any wrongdoing or infringement.

142.    Tesla denies any and all allegations and/or legal conclusions contained in Paragraph 142 and specifically denies any wrongdoing or infringement.

143.    Tesla incorporates each of its responses to Paragraphs 1-142 as though fully set forth herein.

144.    Tesla denies any and all allegations and/or legal conclusions contained in Paragraph 144 and specifically denies any wrongdoing or infringement.

145.    Tesla denies any and all allegations and/or legal conclusions contained in Paragraph 145 and specifically denies any wrongdoing or infringement.

146.    Tesla admits that the Amended Complaint purports to demand a jury trial under Rule 38 of the Federal Rules of Civil Procedure, but specifically denies any wrongdoing or infringement.

147.    Tesla denies each and every allegation of the Amended Complaint that is not expressly admitted herein.

148.    Tesla denies any wrongdoing or that it infringes or has infringed any valid and enforceable claim of the 'D944 patent, the 'D968 patent, or the 'D004 patent.  Tesla further denies that Nikola is entitled to any judgment against Tesla whatsoever or to any of the relief requested against Tesla as set forth in paragraphs A through H of the Prayer for Relief, or any other relief of any kind.

## AFFIRMATIVE DEFENSES

Tesla alleges and asserts the following defenses in response to the allegations in the Amended Complaint, undertaking the burden of proof only as to those defenses deemed affirmative defenses by law, regardless of how such defenses are denominated herein.   In addition to the affirmative defenses described below, Tesla specifically reserves all rights to allege additional defenses that become known through the course of

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
SAN FRANCISCO

discovery.   For its affirmative defenses to the Amended Complaint, Tesla alleges as follows:

FIRST AFFIRMATIVE DEFENSE

(Non-Infringement)

149.   Nikola's claims are barred because Tesla has not infringed any valid and enforceable claim of the 'D944 patent, the 'D968 patent, or the 'D004 patent.  Tesla is not liable for infringement of the 'D944 patent, the 'D968 patent, or the 'D004 patent, and Nikola's allegations to the contrary are without foundation and have been made without any good-faith basis.

SECOND AFFIRMATIVE DEFENSE

(Invalidity)

150.   Nikola's claims are barred because the claims of the 'D944 patent, the 'D968 patent, or the 'D004 patent are invalid for failure to comply with the requirements of 35 U.S.C. § 101 et seq., including without limitation the requirements in 35 U.S.C. §§ 102, 103, 112, and/or 171.

THIRD AFFIRMATIVE DEFENSE

(Waiver and Estoppel)

151.   Nikola's claims are barred or limited from recovering damages from Tesla for infringement of the 'D944 patent, the 'D968 patent, or the 'D004 patent, in whole or in part, under principles of equity, including waiver and/or estoppel.

FOURTH AFFIRMATIVE DEFENSE

(Prosecution History Estoppel)

152.   Nikola's claims are barred by the doctrine of prosecution history estoppel.

FIFTH AFFIRMATIVE DEFENSE

(Inconvenient Venue)

153.   Venue for this action is inconvenient in this district and would reside more properly in another district.

23

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

## SIXTH AFFIRMATIVE DEFENSE

2

### (Limitation on Damages)

3    154.    Nikola's claim for damages is limited, among other things, by 35 U.S.C. §§

4    286 and 287.  Because Nikola did not put Tesla on notice of a claim of infringement, no

5    pre-suit damages are recoverable against Tesla.

6

## SEVENTH AFFIRMATIVE DEFENSE

7

### (Reservation of Affirmative Defenses)

8    155.    Tesla reserves all affirmative defenses under Rule 8(c) of the Federal Rules

9    of Civil Procedure, the Patent Laws of the United States, and any other defenses at law or

10    in equity that may exist now or that may be available in the future based on discovery and

11    further factual investigation in this action.   Tesla further reserves the right to seek

12    dismissal and/or transfer based on inconvenient venue as alleged above.

13

## DEMAND FOR JURY TRIAL

14    156.    Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Tesla

15    hereby demands a jury trial on all issues so triable.

16

## PRAYER FOR RELIEF

17    WHEREFORE, having fully answered, Tesla requests that the Court enter

18    judgment as follows:

19    A.    Dismissing Nikola's claims as against Tesla in their entirety with prejudice;

20    B.    Awarding Tesla its attorneys' fees and costs; and

21    C.    Granting such other and further relief as the Court deems just and proper.

22    ///

23    ///

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    DATED this 9th day of July, 2018.

2

3                                        OSBORN MALEDON, P.A.

4

5                                  By    s/ Eric M. Fraser
                                         Eric M. Fraser
                                         Colin M. Proksel
6                                        2929 N. Central Avenue, Suite 2100
                                         Phoenix, Arizona  85012-2793
7

8                                  LATHAM & WATKINS LLP
                                   Perry J. Viscounty, *admitted pro hac vice*
9                                  Amit Makker, *admitted pro hac vice*
                                   505 Montgomery Street, Suite 2000
10                                 San Francisco, California  94111-6538

11                                 Matthew J. Moore, *admitted pro hac vice*
                                   555 Eleventh Street, NW Suite 1000
12                                 Washington, DC 20004-1304

13                                 Clement J. Naples, *admitted pro hac vice*
                                   885 Third Avenue
14                                 New York, NY 10022-4834

15

16                                 Attorneys for Defendant Tesla, Inc.

17

18

19                            **CERTIFICATE OF SERVICE**

20        I hereby certify that on July 9, 2018, I electronically transmitted the attached

21   document(s) to the Clerk's Office using the CM/ECF System for filing and transmittal of

22   a Notice of Electronic Filing to the parties who are CM/ECF registrants.

23

24                                 s/ Rebecca Warinner

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO