**BEUS GILBERT** PLLC
ATTORNEYS AT LAW
701 NORTH 44TH STREET
PHOENIX, ARIZONA 85008-6504
TELEPHONE (480) 429-3000

Leo R. Beus (002687)
K. Reed Willis (028060)
lbeus@beusgilbert.com
rwillis@beusgilbert.com

*Attorneys for Plaintiff Nikola Corporation*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nikola Corporation, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Tesla, Inc., a Delaware corporation,<br><br>Defendant. | Case No.: 2:18-cv-01344-GMS<br><br>**STIPULATION FOR EXTENSION OF TIME FOR NIKOLA TO RESPOND TO TESLA'S MOTION TO DISMISS**<br><br>**(First Request)**<br><br>HON. JUDGE G. MURRAY SNOW |

Pursuant to LRCiv. 7.3(a), Nikola Corporation and Tesla, Inc. hereby stipulate to an 11-day extension for Nikola to oppose and respond to Tesla's motion to dismiss filed on July 9, 2018 [Doc. 26]. Under the Local Rules of Civil Procedure, Nikola's opposition was due on July 23. The extension moves the deadline to Friday, August 3. This is the first request. A proposed order is submitted with the stipulation.

DATED this 19th day of July 2018

        **BEUS GILBERT PLLC**

        By   */s/ K. Reed Willis*
           Leo R. Beus
           K. Reed Willis
           701 North 44th Street
           Phoenix, AZ 85008-6504

        *Attorneys for Plaintiff Nikola Corp.*

        **OSBORN MALEDON, P.A.**

        By   */s/ Amit Makker* (w/permission)
           Eric M. Fraser
           Colin M. Proksel
           2929 N. Central Avenue, Suite 2100
           Phoenix, Arizona 85012-2793

        LATHAM & WATKINS LLP
        Perry J. Viscounty (*admitted pro hac vice*)
        650 Town Center Drive, 20th Floor
        Costa Mesa, California 92626-1925

        Matthew J. Moore (*admitted pro hac vice*)
        555 Eleventh Street, NW Suite 1000
        Washington, DC 20004-1304

        Clement J. Naples (*admitted pro hac vice*)
        885 Third Avenue
        New York, NY 10022-4834

        Amit Makker (*admitted pro hac vice*)
        505 Montgomery Street, Suite 2000
        San Francisco, California 94111-6538

        *Attorneys for Defendant Tesla, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

    Eric M. Fraser | efraser@omlaw.com
    Colin Proksel | cproksel@omlaw.com
    OSBORN MALEDON, P.A.
    2929 North Central Avenue, Suite 2100
    Phoenix, AZ  85012

    Perry J. Vicounty | perry.viscounty@lw.com (admitted *pro hac vice*)
    Lathem & Watkins LLP
    650 Town Center Drive, 20th Floor
    Costa Mesa, CA  82626-1925

    Clement J. Naples | clement.naples@lw.com (*pro hac vice* pending)
    Latham & Watkins LLP
    855 Third Avenue
    New York, NY  10022-4834

    Matthew J. Moore | matthew.moore@lw.com (admitted *pro hac vice*)
    Latham & Watkins LLP
    555 Eleventh Street, NW, Suite 1000
    Washington, DC  20004-1304

    Amit Makker | amit.makker@lw.com (admitted *pro hac vice*)
    Latham & Watkins LLP
    505 Montgomery Street, Suite 2000
    San Francisco, CA  94111-6538

    Attorneys for Defendant

                                          */s/ K. Reed Willis*