1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Nikola Corporation, a Delaware corporation,<br><br>                    Plaintiff,<br><br>          vs.<br><br>Tesla, Inc., a Delaware corporation,<br><br>                    Defendant. | Case No.:  2:18-cv-01344-GMS<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR NIKOLA CORPORATION TO RESPOND TO TESLA, INC.'S MOTION TO DISMISS**<br> **(First Request)**<br><br><br>HON. JUDGE G. MURRAY SNOW |

Having considered the Stipulation for Extension of Time for Nikola Corporation to Respond to Tesla, Inc.'s Motion to Dismiss:

**IT IS HEREBY ORDERED** that the Stipulation is granted.  Nikola Corp. shall file its response to Tesla's Motion to Dismiss on August 3, 2018.