1
2
3
4
5
6          **IN THE UNITED STATES DISTRICT COURT**

7          **FOR THE DISTRICT OF ARIZONA**

8

9   Nikola Corporation,                    No. CV-18-01344-PHX-GMS

10              Plaintiff,                  **ORDER**

11  v.

12  Tesla Incorporated,

13              Defendant.

14

15

16         Having considered the Stipulation for Extension of Time for Nikola Corporation

17  to Respond to Tesla, Inc.'s Motion to Dismiss (Doc. 28),

18         **IT IS HEREBY ORDERED** that the Stipulation is granted.  Nikola Corporation

19  shall file its response to Tesla's Motion to Dismiss (Doc. 26) on or before **August 3,**

20  **2018**.

21         Dated this 19th day of July, 2018.

22

23         _____
           Honorable G. Murray Snow
24         United States District Judge

25

26

27

28