Eric M. Fraser, No. 027241
Colin M. Proksel, No. 034133
OSBORN MALEDON, P.A.
2929 N. Central Avenue, Suite 2100
Phoenix, Arizona 85012-2793
(602) 640-9000
efraser@omlaw.com
cproksel@omlaw.com

Perry J. Viscounty, *pro hac vice to be filed*
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
(714) 540-1235
perry.viscounty@lw.com

Matthew J. Moore, *pro hac vice to be filed*
LATHAM & WATKINS LLP
555 Eleventh Street, NW Suite 1000
Washington, DC 20004-1304
(202) 637-2200
matthew.moore@lw.com

Clement J. Naples, *pro hac vice to be filed*
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4834
(212) 906-1200
clement.naples@lw.com

Amit Makker, *pro hac vice to be filed*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
(415) 391-0600
amit.makker@lw.com

Attorneys for Defendant Tesla, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nikola Corporation, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Tesla, Inc., a Delaware corporation,<br><br>Defendant. | No. CV-18-01344-PHX- GMS<br><br>**STIPULATION FOR EXTENSION OF TIME FOR TESLA TO FILE REPLY IN SUPORT OF ITS MOTION TO DISMISS**<br><br>**(First Request)** |

1    Pursuant to LRCiv. 7.3(a), Tesla, Inc. and Nikola Corporation hereby stipulate to
2 a five-day extension for Tesla to file its reply in support of it Motion to Dismiss (Doc.
3 No. 26) and in response to Nikola's Opposition to the same (Doc. No. 30).  Under the
4 Local Rules of Civil Procedure, Tesla's Reply is due Friday, August 10, 2018.  The
5 extension moves the deadline to Wednesday, August 15.  This is the first request.  A
6 proposed order is submitted with the stipulation.
7    DATED this 8th day of August, 2018.

OSBORN MALEDON, P.A.


By   s/ Colin M. Proksel
     Eric M. Fraser
     Colin M. Proksel
     2929 N. Central Avenue, Suite 2100
     Phoenix, Arizona 85012-2793

LATHAM & WATKINS LLP
Perry J. Viscounty, *pro hac vice to be filed*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925

Matthew J. Moore, *pro hac vice to be filed*
555 Eleventh Street, NW Suite 1000
Washington, DC 20004-1304

Clement J. Naples, *pro hac vice to be filed*
885 Third Avenue
New York, NY 10022-4834
Amit Makker, *pro hac vice to be filed*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538

Attorneys for Defendant Tesla, Inc.


BEUS GILBERT PLLC


By   s/ K. Reed Willis (with permission)
     Leo R. Beus
     K. Reed Willis
     701 North 44th Street
     Phoenix, AZ 85008-6504

Attorneys for Plaintiff Nikola Corp.

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2018, I electronically transmitted the attached document(s) to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the parties who are CM/ECF registrants.

<u>s/ Rebecca Warinner</u>