# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nikola Corporation, | No. CV-18-01344-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Tesla Incorporated, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the parties' Stipulation for Extension of Time (Doc. 31) is granted. Defendant Tesla, Inc. shall file its Reply to the Motion to Dismiss (Doc. 26) on or before **August 15, 2018**.

Dated this 9th day of August, 2018.

*G. Murray Snow*
Honorable G. Murray Snow
United States District Judge