1 Eric M. Fraser, No. 027241
2 Colin M. Proksel, No. 034133
OSBORN MALEDON, P.A.
3 2929 N. Central Avenue, Suite 2100
Phoenix, Arizona 85012-2793
4 (602) 640-9000
5 efraser@omlaw.com
cproksel@omlaw.com
6
7 Perry J. Viscounty, *admitted pro hac vice*
Amit Makker, *admitted pro hac vice*
8 LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
9 San Francisco, California 94111-6538
10 (415) 391-0600
perry.viscounty@lw.com
11 amit.makker@lw.com

12
Clement J. Naples, *admitted pro hac vice*     Matthew J. Moore, *admitted pro hac vice*
13 LATHAM & WATKINS LLP                          LATHAM & WATKINS LLP
885 Third Avenue                                555 Eleventh Street, NW Suite 1000
14 New York, NY 10022-4834                       Washington, DC 20004-1304
(212) 906-1200                                  (202) 637-2200
15 clement.naples@lw.com                         matthew.moore@lw.com
16
17 Attorneys for Defendant Tesla, Inc.
18
19                      IN THE UNITED STATES DISTRICT COURT
20                            FOR THE DISTRICT OF ARIZONA
21
   Nikola Corporation, a Delaware                No. CV-18-01344-PHX-GMS
22 corporation,
23                                               **NOTICE OF SERVICE OF**
                     Plaintiff,                  **MANDATORY INITIAL**
24                                               **DISCOVERY RESPONSES**
   vs.
25
26 Tesla, Inc., a Delaware corporation,
27                   Defendant.
28

NOTICE IS HEREBY GIVEN that on August 8, 2018, attorneys for Tesla, Inc. served Tesla's Mandatory Initial Discovery Responses on counsel for Nikola Corp. by email.

DATED this 9th day of August, 2018.

OSBORN MALEDON, P.A.

By   s/ Colin M. Proksel
Eric M. Fraser
Colin M. Proksel
2929 N. Central Avenue, Suite 2100
Phoenix, Arizona  85012-2793

LATHAM & WATKINS LLP
Perry J. Viscounty, *admitted pro hac vice*
Amit Makker, *admitted pro hac vice*
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538

Matthew J. Moore, *admitted pro hac vice*
555 Eleventh Street, NW Suite 1000
Washington, DC 20004-1304

Clement J. Naples, *admitted pro hac vice*
885 Third Avenue
New York, NY 10022-4834

Attorneys for Defendant Tesla, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2018, I electronically transmitted the attached document(s) to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the parties who are CM/ECF registrants.

s/ Rebecca Warinner