**BEUS GILBERT PLLC**
ATTORNEYS AT LAW
701 NORTH 44TH STREET
PHOENIX, ARIZONA  85008-6504
TELEPHONE (480) 429-3000

Leo R. Beus (002687)
K. Reed Willis (028060)
lbeus@beusgilbert.com
rwillis@beusgilbert.com

*Attorneys for Plaintiff Nikola Corporation*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nikola Corporation, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Tesla, Inc., a Delaware corporation,<br><br>Defendant. | Case No.:  2:18-cv-01344-GMS<br><br>**NOTICE OF SERVICE OF MANDATORY INITIAL DISCOVERY RESPONSES**<br><br>HON. JUDGE G. MURRAY SNOW |

NOTICE IS HEREBY GIVEN that on 8 August 2018, attorneys for Nikola Corporation served Nikola's Mandatory Initial Discovery Responses on counsel for Tesla, Inc. by email.

DATED this 9th day of August 2018.

**BEUS GILBERT PLLC**

By  */s/ K. Reed Willis*
    Leo R. Beus
    K. Reed Willis
    701 North 44th Street
    Phoenix, AZ  85008-6504
    Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on 9 August 2018, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Eric M. Fraser | efraser@omlaw.com
Colin Proksel | cproksel@omlaw.com
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, AZ  85012

Clement J. Naples | clement.naples@lw.com (admitted *pro hac vice*)
LATHAM & WATKINS LLP
855 Third Avenue
New York, NY  10022-4834

Matthew J. Moore | matthew.moore@lw.com (admitted *pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004-1304

Perry J. Vicounty | perry.viscounty@lw.com (admitted *pro hac vice*)
Amit Makker | amit.makker@lw.com (admitted *pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-6538

Attorneys for Defendant

          */s/ K. Reed Willis*