**BEUS GILBERT PLLC**
ATTORNEYS AT LAW
701 NORTH 44TH STREET
PHOENIX, ARIZONA 85008-6504
TELEPHONE (480) 429-3000

Leo R. Beus (002687)
K. Reed Willis (028060)
lbeus@beusgilbert.com
rwillis@beusgilbert.com

*Attorneys for Plaintiff Nikola Corporation*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nikola Corporation, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Tesla, Inc., a Delaware corporation,<br><br>Defendant. | Case No.: 2:18-cv-01344-GMS<br><br>**NIKOLA'S NOTICE OF FILING OF SECOND AMENDED COMPLAINT**<br><br>HON. JUDGE G. MURRAY SNOW |

Pursuant to LRCiv. 15.1(B) and the Court's Case Management Order [Doc. 39], Plaintiff Nikola Corporation hereby gives notice that it has filed its Second Amended Complaint ("SAC") as a matter of course under Federal Rule of Civil Procedure 15(a)(1)(B). Attached as Exhibit A is a copy of the SAC that indicates in what respect it differs from the pleading, which it amends, by striking through any text that is deleted and underlining the text to that was added. The remaining exhibits attached to this notice are copies of the exhibits to the SAC.  Exhibits 1-4 are identical to Exhibits 1-4 of the Original and First Amended Complaint and Exhibit 5 is a new exhibit to the SAC.

1 | DATED this 26th day of September 2018

**BEUS GILBERT** PLLC

By  */s/ K. Reed Willis*
  Leo R. Beus
  K. Reed Willis
  701 North 44th Street
  Phoenix, AZ  85008-6504
  Attorneys for Plaintiff

2

BGD-#229813-v1-Notice

**CERTIFICATE OF SERVICE**

I hereby certify that on 26 September, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Eric M. Fraser | efraser@omlaw.com
Colin Proksel | cproksel@omlaw.com
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, AZ  85012

Perry J. Vicounty | perry.viscounty@lw.com (admitted *pro hac vice*)
Lathem & Watkins LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA  82626-1925

Clement J. Naples | clement.naples@lw.com (*pro hac vice* pending)
Latham & Watkins LLP
855 Third Avenue
New York, NY  10022-4834

Matthew J. Moore | matthew.moore@lw.com (admitted *pro hac vice*)
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004-1304

Amit Makker | amit.makker@lw.com (admitted *pro hac vice*)
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-6538

Attorneys for Defendant

                                          */s/ K. Reed Willis*