1  Eric M. Fraser, No. 027241
2  Colin M. Proksel, No. 034133
   OSBORN MALEDON, P.A.
3  2929 N. Central Avenue, Suite 2100
   Phoenix, Arizona 85012-2793
4  (602) 640-9000
5  efraser@omlaw.com
   cproksel@omlaw.com
6

7  Perry J. Viscounty, *admitted pro hac vice*     Matthew J. Moore, *admitted pro hac vice*
   Amit Makker, *admitted pro hac vice*            LATHAM & WATKINS LLP
8  LATHAM & WATKINS LLP                            555 Eleventh Street, NW Suite 1000
   505 Montgomery Street, Suite 2000               Washington, DC 20004-1304
9  San Francisco, California 94111-6538            (202) 637-2200
10 (415) 391-0600                                  matthew.moore@lw.com
   perry.viscounty@lw.com
11 amit.makker@lw.com

12 Clement J. Naples, *admitted pro hac vice*
   LATHAM & WATKINS LLP
13 885 Third Avenue
   New York, NY 10022-4834
14 (212) 906-1200
15 clement.naples@lw.com

16
   Attorneys for Defendant Tesla, Inc.
17
   *Additional counsel listed in signature block*
18

19                    IN THE UNITED STATES DISTRICT COURT

20                         FOR THE DISTRICT OF ARIZONA

21 | | |
   |---|---|
22 | Nikola Corporation, a Delaware corporation, | No. CV-18-01344-PHX- GMS |
23 | Plaintiff, | **STIPULATION RE SECOND AMENDED COMPLAINT** |
24 | vs. | |
25 | | |
26 | Tesla, Inc., a Delaware corporation, | |
27 | Defendant. | |
28

On September 26, 2018, Nikola Corp. filed a Second Amended Complaint (Doc. 48). On October 4, 2018, both parties met and conferred about alleged deficiencies Tesla, Inc. identified in the Second Amended Complaint that would have been the basis for a contemplated motion to dismiss. As the result of the meet-and-confer, Nikola intends to amend its Second Amended Complaint, and Tesla consents to Nikola's amended complaint pursuant to LRCiv 12.1(c) so that Nikola may cure some deficiencies discussed during the meet-and-confer.

Accordingly, the parties (Plaintiff Nikola Corp. and Defendant Tesla, Inc.) stipulate as follows:

1. Nikola will file a Third Amended Complaint by October 18, 2018.

2. Because Nikola will amend its complaint, Tesla need not answer, move to dismiss, or otherwise respond to the Second Amended Complaint.

DATED this 9th day of October, 2018.

OSBORN MALEDON, P.A.


By   s/ Eric M. Fraser
     Eric M. Fraser
     Colin M. Proksel
     2929 N. Central Avenue, Suite 2100
     Phoenix, Arizona  85012-2793

LATHAM & WATKINS LLP
Perry J. Viscounty, admitted pro hac vice
Amit Makker, admitted pro hac vice
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538

Matthew J. Moore, admitted pro hac vice
555 Eleventh Street, NW Suite 1000
Washington, DC 20004-1304

Clement J. Naples, admitted pro hac vice
885 Third Avenue
New York, NY 10022-4834

Attorneys for Defendant Tesla, Inc.

BEUS GILBERT, PLLC


By  s/ K. Reed Willis (w/ permission)
    Leo R. Beus
    K. Reed Willis
    701 N. 44th Street
    Phoenix, AZ 85008-6504

Attorneys for Plaintiff Nikola Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2018, I electronically transmitted the attached document(s) to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the parties who are CM/ECF registrants.

s/ Brenda Wendt