# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nikola Corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Tesla Incorporated,<br><br>　　　　Defendant. | No. CV-18-01344-PHX-JAS (BPV)<br><br>**ORDER** |

　　　　The Court having considered the parties' Stipulation Re Answer to Third Amended Complaint (Doc. 63),

　　　　IT IS ORDERED that General Order 17-08, as amended effective November 1, 2018, applies to this case.

　　　　IT IS FURTHER ORDERED that Defendant Tesla, Inc. need not file an answer to the Third Amended Complaint until after all Rule 12(b)(6) motions to dismiss have been decided.

　　　　IT IS FURTHER ORDERED that any answer will be due as set forth under Fed.R.Civ.P. 12(a)(4).

　　　　Dated this 9th day of November, 2018.

_____
Bernardo P. Velasco
United States Magistrate Judge