**BEUS GILBERT** PLLC
ATTORNEYS AT LAW
701 NORTH 44TH STREET
PHOENIX, ARIZONA 85008-6504
TELEPHONE (480) 429-3000

Leo R. Beus (002687)
K. Reed Willis (028060)
lbeus@beusgilbert.com
rwillis@beusgilbert.com

*Attorneys for Plaintiff Nikola Corporation*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nikola Corporation, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Tesla, Inc., a Delaware corporation,<br><br>Defendant. | Case No.: 2:18-cv-01344-JAS-BPV<br><br>**REPLY TO TESLA'S OBJECTION TO REPORT AND RECOMMENDATION**<br><br>Hon. James A. Soto |

Pursuant to Federal Rule of Civil Procedure 72, Nikola responds to Tesla, Inc.'s Limited Objection to Report and Recommendation Regarding Transfer (Doc. 65). Nikola's limited response provides procedural background that the Court should consider when deciding Tesla's objection.

Nikola filed the original complaint on May 1, 2018 (Doc. 1) and a First Amended Complaint on June 25, 2018 (Doc. 21). At that time, Nikola's complaint only included design patent infringement allegations. Tesla filed a motion to dismiss the First Amended

Complaint on July 9, 2018.  The motion was fully briefed by August 15, 2018.  On August 24, 2018, the Court held a scheduling conference.  During the conference, Nikola notified that it intended to amend its complaint to include a newly issued utility patent and Tesla did not object to the filing of the amended complaint.  On September 26, 2018, Nikola filed a Second Amended Complaint.  After a meet and confer, Nikola filed a Third Amended Complaint on October 18, 2018 to address the concerns raised by Tesla.

On September 12, 2018, Tesla filed a motion to transfer the case to the Northern District of California.  The motion to transfer was fully briefed by October 3, 2018.

On October 16, 2018, the Court ordered that "the parties inform the Court whether the pending Motion to Dismiss (Doc. 26) is moot in light of the pending third amended complaint . . . ."  Doc. 55.  The parties conferred and requested that, given the status of the case, the Court consider the pending motion to dismiss to avoid wasting time and money.

The Magistrate Judge's recommendation to deny the motion to dismiss as moot frustrates what the parties had agreed to in response to the Court's order.  Regardless of whether the Court transfers this case (it should not for the reasons outlined in Nikola's objection), the Court should sustain Tesla's objection. Doing so preserves the parties' desire to keep litigation costs low, minimize Court filings, and preserve the Court's and parties' resources.

DATED this 27th day of November 2018

**BEUS GILBERT PLLC**

By  */s/ K. Reed Willis*
    Leo R. Beus
    K. Reed Willis
    701 North 44th Street
    Phoenix, AZ 85008-6504
    Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

    Eric M. Fraser | efraser@omlaw.com
    Colin Proksel | cproksel@omlaw.com
    OSBORN MALEDON, P.A.
    2929 North Central Avenue, Suite 2100
    Phoenix, AZ 85012

    Clement J. Naples | clement.naples@lw.com (admitted *pro hac vice*)
    LATHAM & WATKINS LLP
    855 Third Avenue
    New York, NY 10022-4834

    Matthew J. Moore | matthew.moore@lw.com (admitted *pro hac vice*)
    LATHAM & WATKINS LLP
    555 Eleventh Street, NW, Suite 1000
    Washington, DC 20004-1304

    Perry J. Vicounty | perry.viscounty@lw.com (admitted *pro hac vice*)
    Amit Makker | amit.makker@lw.com (admitted *pro hac vice*)
    LATHAM & WATKINS LLP
    505 Montgomery Street, Suite 2000
    San Francisco, CA 94111-6538

    Attorneys for Defendant

                                    */s/ K. Reed Willis*