# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nikola Corporation, | No. CV 18-1344-PHX-JAS (BPV) |
| Plaintiff, | **ORDER** |
| vs. | |
| Tesla Incorporated, | |
| Defendant. | |

Pending before the Court is a Report and Recommendation issued by Magistrate Judge Velasco. In the Report and Recommendation, Magistrate Judge Velasco recommends granting Defendant's motion to transfer venue. As the Court finds that the Report and Recommendation appropriately resolved the motion, Plaintiff's objections are denied.[1]

Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Velasco's Report and Recommendation (Doc. 62) is accepted and adopted. **However, the Court declines to rule on the pending motion to dismiss (Doc. 26); the motion to dismiss shall remain pending upon the transfer of venue.**

(2) Defendant's motion to transfer venue (Doc. 44) is granted; **the Clerk of the Court shall transfer this case to the United States District Court for the Northern District**

---

[1] The Report and Recommendation is not clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(a). Even if a de novo standard applied, the Court would still adopt the Report and Recommendation.

**of California.**

DATED this 6th day of December, 2018.

_____
James A. Soto
United States District Judge

- 2 -